IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 14-cv-00856 |
| | ) |
| v. | ) Judge James F. Holderman |
| | ) |
| PACIFIC MARKET INTERNATIONAL, | ) |
| LLC, and ALADDIN INDUSTRIES, LLC; | ) |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

DECLARATION OF HEATHER J. HUBBARD IN SUPPORT OF
PACIFIC MARKET INTERNATIONAL, LLC'S MOTION TO STAY
PENDING *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,997,442

I, Heather J. Hubbard, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am a partner with Waller Lansden Dortch & Davis, LLP, counsel of record in the above-captioned matter for Defendant Pacific Market International, LLC. I am licensed to practice law in the state of Tennessee and have been admitted *pro hac vice* to appear in this Court. I submit this declaration based upon personal knowledge for the purpose of putting before the Court the documents attached hereto and facts set forth herein. Each exhibit is a true and correct copy of the document or thing described.

2. Exhibit 1 is a true and correct copy of Defendants' Petition for *Inter Partes* Review of U.S. Patent No. 7,997,442 filed on April 1, 2014 with the United States Patent and Trademark Office (the "USPTO"), Trial No. IPR2014-00561.

3. Exhibit 2 is a true and correct copy of the most recent America Invents Act trial progress statistics from the Patent Trial and Appeal Board ("PTAB"), available at http://www.uspto.gov/ip/boards/bpai/stats/aia_statistics_03_27_2014.pdf (last accessed on April

2, 2014). As reflected in this report, the PTAB instituted *inter partes* review trials in roughly 82% of petitions on which the PTAB rendered an institution decision.

4. Exhibit 3 is a true and correct copy of USPTO statics on the former *inter partes* reexamination, dated September 30, 2013, available at http://www.uspto.gov/patents/stats/inter_parte_historical_stats_roll_up_EOY2013.pdf (last accessed on April 2, 2014). As reflected in this report, claims were amended or cancelled in 92% of reexaminations.

5. To date no discovery has been issued by any party and the parties have not consulted regarding a Rule 26(f) joint scheduling report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2014 at Nashville, Tennessee.

_____
HEATHER J. HUBBARD

11671217.3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Declaration has been served through the Court's CM/ECF system, upon:

Joseph H. Paquin, Jr., Esq.
Ryan N. Phelan, Esq.
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606-5096

on this 4th day of April, 2014.

s/ Heather J. Hubbard

11671217.3