UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ignite USA, LLC

                                                Plaintiff,

v.                                                               Case No.: 1:14–cv–00856
                                                                 Honorable James F. Holderman

Pacific Market International LLC, et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2014:

       MINUTE entry before the Honorable James F. Holderman: Motion hearing held. Defendant's motion to stay pending Inter Partes Review of U.S. Patent No. 7,997,442 [27] is taken under advisement. Plaintiff's response shall be filed by 4/29/14. Defendant's reply in support shall be filed by 5/6/14. The court will rule electronically. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.