IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IGNITE USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 14-cv-856 |
| | ) | |
| v. | ) | |
| | ) | Honorable James F. Holderman |
| PACIFIC MARKET INTERNATIONAL, LLC, | ) | |
| and ALADDIN INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | **Jury Trial Demanded** |

**DECLARATION OF BRADLEY DAGGETT IN SUPPORT OF
IGNITE USA, LLC'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S
MOTION TO STAY PENDING *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,997,442**

I, Bradley Daggett, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge:

1. I am Vice President of Sales for Ignite USA, LLC ("Ignite"). I have been employed by Ignite since December 1, 2003. I have personal knowledge of the facts set forth herein based on my experience as Vice President of Sales for Ignite, and can testify competently thereto.

2. I submit this declaration based on my personal knowledge in support of Ignite USA, LLC's Memorandum In Opposition To Defendant's Motion To Stay Pending *Inter Partes* Review of U.S. Patent No. 7,997,442.

3. Ignite is in the business of designing, developing, manufacturing and selling specialty drinking containers. Ignite has numerous issued U.S. Patents that cover its specialty drinking containers, including U.S. Patent No. 7,997,442 (the " '442 Patent").

1

4. Ignite sells its specialty drinking containers that are covered by the '442 Patent through its website, through online retailers, for example, Amazon.com, and through various retailers, such as, for example, Wal-Mart, Meijer Inc., and Target.

5. Pacific Market International, LLC ("PMI") also sells specialty drinking containers through its website, through online retailers, such as for example, Amazon.com, and through various retailers, such as, for example, Wal-Mart, Meijer Inc., and Target.

6. Prior to March 2012, Ignite was not aware of any products being sold by PMI that infringed the '442 Patent.

7. During the International Home and Housewares Show in Chicago on March 10-13, 2012, Ignite first saw what it believed to be prototype products in PMI's booth that appeared to infringe the '442 Patent.

8. Ignite immediately contacted PMI regarding the infringing prototype products.

9. In April, 2012, confidential samples of various PMI drinking containers that were not sold at retail were provided by PMI to Ignite's counsel on an attorneys-eyes-only basis, including additional products that were not available at the March 2012 show.

10. In May 2012 counsel for Ignite informed PMI that certain of its products infringed certain claims of the '442 Patent. In response, PMI informed Ignite that it had conducted an invalidity analysis and that it believed the claims of the '442 Patent were invalid in view of prior art patents.

11. At various times over the next twenty-one months Ignite and PMI had email correspondence and telephone conversations concerning PMI's infringement of the '442 Patent. During this period of time PMI maintained that the '442 Patent was invalid over a variety of prior art patents.

12. In late 2012 Ignite learned PMI was beginning to sell a beverage container at independent sporting goods stores that infringed the '442 Patent.

13. In February 2013 Ignite learned that PMI was beginning to sell beverage containers at Target that infringed the '442 Patent, in direct competition with Ignite.

14. Ignite and PMI are two of the largest companies in the U.S. that design and sell beverage containers.

15. Ignite and PMI are the only companies in the U.S. that design and sell beverage containers with drink seals that open when a button is pushed and immediately close when the button is released.

16. Later in 2013 PMI placed several products that infringed the '442 Patent on shelves at retailers alongside and in competition with Ignite, and PMI began taking market share from Ignite in the field of beverage containers with drink seals that open when a button is pushed and immediately close when the button is released.

17. Many of the PMI products that infringe the '442 Patent are sold at lower prices than competitive Ignite products.

18. On February 7, 2014, Ignite filed a patent infringement case against PMI in the United State District Court for the Northern District of Illinois and, on the same day, provided a copy of the complaint to PMI.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 29, 2014 in Chicago, Illinois.

_____
BRADLEY DAGGETT