IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IGNITE USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 14-cv-856 |
| | ) | |
| v. | ) | |
| | ) | Honorable James F. Holderman |
| PACIFIC MARKET INTERNATIONAL, LLC, | ) | |
| and ALADDIN INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | **Jury Trial Demanded** |

### DECLARATION OF JOSEPH H. PAQUIN, JR. IN SUPPORT OF IGNITE USA, LLC'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,997,442

I, Joseph H. Paquin, Jr., declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge:

1. I am a partner at the law firm of McDermott, Will & Emery LLP, and I am duly licensed to practice law in the State of Illinois. I am a member in good standing of all courts of the State of Illinois, including the United States District Court for the Northern District of Illinois. I am an attorney of record for Ignite USA, LLC ("Ignite") in the above-captioned case. I have personal knowledge of the facts set forth herein and can testify competently thereto. I submit this declaration based upon personal knowledge for the purpose of putting before the Court the documents attached hereto and facts set forth therein. Each exhibit is a true and correct copy of the document or thing described.

2. Exhibit 1 is a true and correct copy of an Information Disclosure Statement from the file history of U.S. patent application Serial No. 12/456,192.

3. Exhibit 2 is a true and correct copy of a slide presented by the PTAB on April 22, 2014, evidencing statistics on *Inter Partes* Review as of April 2, 2014.

4. Exhibit 3 is a true and correct copy of IPR and CBM Statistics as of April 2, 2014, compiled by the law firm, Kenyon & Kenyon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 29, 2014 in Chicago, Illinois.

_____
JOSEPH H. PAQUIN, JR.

DM_US 51572301-1.077154.0158