# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 14-cv-856 |
| ) | |
| v. ) | Judge James F. Holderman |
| ) | |
| PACIFIC MARKET INTERNATIONAL, ) LLC, ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

## NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,997,442

Pursuant to this Court's May 29, 2014 Order granting Pacific Market International LLC's ("PMI") Motion for a Stay Pending *Inter Partes* Review of U.S. Patent No. 7,997,442 ("the '442 patent') (Dkt. No. 39), PMI submits this Notice to apprise the Court that the Patent and Trademark Office ("USPTO") has instituted *inter partes* review as to claims 1, 2, 4-10, and 14-19 of the all of the '442 patent. The only asserted claims in this lawsuit (claims 16-19) are covered by the *inter partes* review. *See* Declaration of Heather J. Hubbard, Ex. A (Decision of Institution of *Inter Partes Review* as to the '442 patent).

Accordingly, PMI requests that the Court extend the stay in this matter pending the USPTO's final written decision of its *inter partes* review for the reasons already fully briefed in PMI's Motion for Stay. (Dkt. No. 27).

Plaintiff Ignite USA, LLC ("Ignite") does not join in this Notice. Undersigned counsel was informed by Ignite's current counsel of record that Ignite has retained substitute counsel who would like 30 days to consider its position on the stay.

*s/* Heather J. Hubbard
Heather J. Hubbard (Admitted Pro Hac Vice)
Laura P. Merritt (Admitted Pro Hac Vice)
Mark M. Bell (Admitted Pro Hac Vice)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804

Michael R. Levinson
Matthew A. Werber
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60654
Phone: 312-460-5868

*Attorneys for Pacific Market International, LLC*


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice has been served through the Court's CM/ECF system, upon:

Joseph H. Paquin, Jr., Esq.
Ryan N. Phelan, Esq.
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606-5096

on this 7th day of October, 2014.

s/ Heather J. Hubbard