**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ignite USA, LLC

              Plaintiff,

v.                    Case No.: 1:14–cv–00856
                    Honorable James F. Holderman

Pacific Market International LLC, et al.

              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, November 20, 2014:

   MINUTE entry before the Honorable James F. Holderman: Status hearing held. Parties shall file a status report no later than 7 days after a decision is issued from the Patent Trial and Appeal Board of the U.S. Patent Office. Notice mailed by judge#039;s staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.