**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ignite USA, LLC

              Plaintiff,

v.                    Case No.: 1:14−cv−00856
                      Honorable James F. Holderman

Pacific Market International LLC, et al.

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 21, 2014:

   MINUTE entry before the Honorable James F. Holderman: The stay of proceedings before this court during the Inter Partes Review before the Patent Trial and Appeal Board that has been instituted [42] will be effectuated by this case being dismissed with leave to reinstate by any party within 21 days after a decision is issued from the Patent Trial and Appeal Board of the U.S. Patent Office. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.