IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 14-cv-856 |
| ) | |
| vs. ) | Judge James F. Holderman |
| ) | |
| PACIFIC MARKET INTERNATIONAL, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

**MOTION FOR HEATHER J. HUBBARD TO WITHDRAW AS COUNSEL**

Defendant Pacific Market International, LLC requests that this Honorable Court grant leave to withdraw Heather J. Hubbard as one of its attorneys of record. In support of this motion, Defendant states as follows:

1. Heather J. Hubbard is currently listed as one of the attorneys representing Defendant in this lawsuit.

2. Ms. Hubbard has resigned her position with Waller Lansden Dortch & Davis, LLP.

3. The other listed attorneys of record from Waller Lansden Dortch & Davis, LLP and Seyfarth Shaw, LLP will continue to represent Defendant in this matter.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order permitting Ms. Hubbard leave to withdraw as one of its attorneys of record in this case.

4848-5865-6031.1

*s/* Mark M. Bell
Laura P. Merritt (Admitted Pro Hac Vice)
Mark M. Bell (Admitted Pro Hac Vice)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804

Michael R. Levinson
Matthew A. Werber
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60654
Phone: 312-460-5868

*Attorneys for Pacific Market International, LLC*

4848-5865-6031.1

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Motion has been served through the Court's CM/ECF system, upon:

Joseph H. Paquin, Jr., Esq.
Amol Parikh, Esq.
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606-5096

Stephen M. Schaetzel
Warren J. Thomas
Meunier Carlin & Curfman, LLC
817 Peachtree Street NW
Suite 500
Atlanta, Georgia 30308

on this 15th day of January, 2015.

                                        s/ Mark M. Bell

4848-5865-6031.1