IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC, <br><br> Defendant. | CIVIL ACTION NO. 1:14-CV-00856 |

## NOTICE OF SUPPLEMENT TO JOINT STATUS REPORT

In accordance with the Court's October 19, 2015 order and minute entry (Dkt. No. 60), the parties provide a copy of the September 28, 2015 final written decision of the Patent Trial and Appeal Board in *inter partes* review IPR2014-00561. *See* Exhibit 1. As previously noted, the time to file a notice of appeal in that proceeding will not expire until at least November 30, 2015. *See, e.g.*, Dkt. No. 61, at 1.

Respectfully submitted,

**IGNITE USA LLC**

/s/Warren J. Thomas

Stephen M. Schaetzel
GA Bar No. 628653 (pro hac vice)
Warren J. Thomas (pro hac vice)
GA Bar No. 164714

MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
sschaetzel@mcciplaw.com

/s/ Michael R. Levinson (with permission)

Michael R. Levinson
Matthew A. Werber
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000
Fax: (312) 460-7000
mlevinson@seyfarth.com
mwerber@seyfarth.com

wthomas@mcciplaw.com

Joseph H. Paquin, Jr. (Bar. No. 6195019)
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Tel: (312) 372-2000 Fax: (312) 984-7700
jpaquin@mwe.com

*Counsel for Plaintiff, Ignite USA, LLC*             *Counsel for Defendant Pacific Market International*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> By: /s/Warren J. Thomas
> One of the Attorneys for Plaintiff Ignite USA, LLC