IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IGNITE USA, LLC,

              Plaintiff,

      v.

PACIFIC MARKET
INTERNATIONAL, LLC,

          Defendant.

CIVIL ACTION NO. 1:14-CV-00856

## JOINT STATUS REPORT

In accordance with the Court's December 15, 2015 order and minute entry (Dkt. No. 72), the parties jointly report that their representatives will meet in person on January 19, 2016.

Respectfully submitted,

/s/ Warren J. Thomas

Stephen M. Schaetzel (pro hac vice)
GA Bar No. 628653
Warren J. Thomas (pro hac vice)
GA Bar No. 164714
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
sschaetzel@mcciplaw.com
wthomas@mcciplaw.com

Jonathan M. Cyrluk (ARDC No. 6210250)
Joshua S. Goldberg (ARDC No. 6277541)

/s/ Michael R. Levinson (with permission)

Michael R. Levinson
Matthew A. Werber
Patrick T. Muffo
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000
Fax: (312) 460-7000
mlevinson@seyfarth.com
mwerber@seyfarth.com
pmuffo@seyfarth.com
*Counsel for Defendant Pacific Market International*

Steven C. Moeller (ARDC No. 6290263)

CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois  60601
Phone:  312-777-4300 – telephone
Fax:  312-777-4839 – facsimile
cyrluk@carpenterlipps.com
goldberg@carpenterlipps.com
moeller@carpenterlipps.com

*Counsel for Plaintiff, Ignite USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By:   /s/ Warren J. Thomas
      Warren J. Thomas (pro hac vice)
      GA Bar No. 164714