## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IGNITE USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 cv 856 |
| | ) | |
| PACIFIC MARKET INTERNATIONAL, LLC, | ) | Judge Edmond E. Chang |
| and ALADDIN INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT NOTICE AND REQUEST FOR ADDITIONAL 60 DAY SUSPENSION OF DEADLINES

Plaintiff Ignite USA, LLC ("Ignite") and Defendant Pacific Market International, LLC ("PMI") file this Joint Notice further to the December 15, 2015 minute order (Dkt. 72). The minute order suspended all deadlines in this case pending an in-person meeting between the parties. The in-person meeting occurred on January 18, and the parties continue to discuss the possibility of settlement of this case and other issues. Accordingly, the parties have not decided to discontinue settlement negotiations and jointly request the court to extend the suspension of deadlines an additional 60 days to allow for further negotiations.

/s/Patrick T. Muffo
Michael R. Levinson
Matthew A. Werber
Patrick T. Muffo
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60654
Phone: 312-460-5868

*Attorneys for Pacific Market International, LLC*

/s/Warren J. Thomas
Stephen M. Schaetzel
GA Bar No. 628653 (pro hac vice)
Warren J. Thomas (pro hac vice)

24297436v.2

GA Bar No. 164714
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
sschaetzel@mcciplaw.com
wthomas@mcciplaw.com

Jonathan M. Cyrluk (ARDC No. 6210250)
Joshua S. Goldberg (ARDC No. 6277541)
Steven C. Moeller (ARDC No. 6290263)
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois  60601
Phone:  312-777-4300 – telephone
Fax:  312-777-4839 – facsimile
cyrluk@carpenterlipps.com
goldberg@carpenterlipps.com
moeller@carpenterlipps.com

*Attorneys for Ignite USA, LLC*

24297436v.2

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served, through the Court's CM/ECF system, upon all parties receiving such communications, on this 29th day of January, 2016.

*/s/ Patrick T. Muffo*