**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IGNITE USA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PACIFIC MARKET INTERNATIONAL, LLC, ) <br> and ALADDIN INDUSTRIES, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 14 cv 856 <br><br> Judge Edmond E. Chang |

## JOINT NOTICE IN RESPONSE TO FEBRUARY 1, 2016 MINUTE ORDER

Plaintiff Ignite USA, LLC ("Ignite") and Defendant Pacific Market International, LLC ("PMI") (collectively, the "Parties") file this Joint Notice further to the February 1, 2016 Minute Order (Dkt. 76). The Minute Order indicates "Unless the case has settled in principle, by 04/11/2016, the defense shall file a motion to enter its proposed claim-construction and dispositive-motion schedule, explaining specifically why that schedule is sensible rather than the usual Local Patent Rule schedule."

Since the Court issued the Minute Order, Ignite filed (but has not yet served pending settlement discussions) three additional patent infringement lawsuits against PMI in the Northern District of Illinois, asserting infringement of three patents for beverage containers sold by PMI. (Case Nos. 1:16-cv-1928, 1929, and 1930). Accordingly, PMI no longer intends to pursue an expedited schedule or to file any such motion.

The Parties are discussing settlement of all of the lawsuits Ignite has filed.

/s/Patrick T. Muffo
Michael R. Levinson
Matthew A. Werber
Patrick T. Muffo
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60654
Phone: 312-460-5868

*Attorneys for Pacific Market International, LLC*

/s/Warren J. Thomas
Stephen M. Schaetzel
GA Bar No. 628653 (pro hac vice)
Warren J. Thomas (pro hac vice)
GA Bar No. 164714
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
sschaetzel@mcciplaw.com
wthomas@mcciplaw.com

Jonathan M. Cyrluk (ARDC No. 6210250)
Joshua S. Goldberg (ARDC No. 6277541)
Steven C. Moeller (ARDC No. 6290263)
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois  60601
Phone:  312-777-4300 – telephone
Fax:  312-777-4839 – facsimile
cyrluk@carpenterlipps.com
goldberg@carpenterlipps.com
moeller@carpenterlipps.com

*Attorneys for Ignite USA, LLC*

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served, through the Court's CM/ECF system, upon all parties receiving such communications, on April 11, 2016.

    */s/ Patrick T. Muffo*