**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IGNITE USA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 14-cv-00856 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| PACIFIC MARKET INTERNATIONAL, LLC, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED DISCOVERY SCHEDULE BASED ON LOCAL PATENT RULES**

In accordance with the Court's Minute Order of April 15, 2016 (Dkt. No. 78), the parties submit this Proposed Discovery Schedule based on the Local Patent Rules.

| Event | Scheduled Time Per Local Patent Rules | Deadline |
|---|---|---|
| Initial Disclosures Due (LPR 2.1) and Fact Discovery Commences (LPR 1.3) | Set by Minute Order of April 15, 2015 (Dkt. No. 78) | 5/9/2016 |
| Deadline to amend answer or complaint as of right (FRCP 15) | | 5/19/2016 |
| Initial Infringement Contentions (LPR 2.2) | 14 days after initial disclosures | 5/23/2016 |
| Initial Non-Infringement, Unenforceability and Invalidity Contentions and Associated Document Production (LPR 2.3-2.4) | 14 days after service of initial infringement contentions | 6/6/2016 |
| Initial Response to Invalidity Contentions (LPR 2.5) | 14 days after service of initial invalidity contentions | 6/20/2016 |
| Final Infringement, Unenforceability and Invalidity Contentions (LPR 3.1); Document Production Accompanying Final Invalidity Contentions (LPR 3.3) | 21 weeks after service of initial infringement contentions | 10/17/2016 |

| Event | Scheduled Time Per Local Patent Rules | Deadline |
|---|---|---|
| Final Non-Infringement, Enforceability and Validity Contentions (LPR 3.2); Last day to seek stay pending reexamination (LPR 3.5) | 28 days after service of final infringement/invalidity contentions | 11/14/2016 |
| Exchange of Proposed Claim Terms to be Construed along with Proposed Constructions (LPR 4.1a) | 14 days after service of final non-infringement/validity contentions (3.2) | 12/1/2016 |
| Meet and confer to select no more than 10 terms to be presented to Court for construction (LPR 4.1b) | 7 days after exchange of claim terms (4.1a) | 12/8/2016 |
| Close of Fact Discovery (LPR 1.3) | 28 days after exchange of claim terms (4.1); may resume upon entry of claim construction ruling, upon motion of either party and order of the Court. | 12/29/2016 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix (LPR 4.2a-b) | 35 days after exchange of claim terms (4.1) | 1/5/2017 |
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2c) | 28 days after filing of opening briefs | 2/2/2017 |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2c-d) | 14 days after filing of responsive briefs (7 calendar days may be added to due date if necessary to depose supporting witness) | 2/16/2017 |
| Joint Claim Construction Chart and Status Report (LPR 4.2f) | 7 days after filing of reply briefs | 2/23/2017 |
| Claim Construction Hearing (LPR 4.3) | To be determined by the Court | |
| Claim Construction Ruling (and reinstatement of fact discovery, LPR 1.3) | To be determined by the Court | |
| Discovery Concerning Opinions of Counsel (LPR 3.6) | Not subject to discovery until 35 days prior to the close of fact discovery that follows the court's claim construction ruling | |

| Event | Scheduled Time Per Local Patent Rules | Deadline |
|---|---|---|
| Initial Expert Reports (LPR 5.1b) | Within 21 days after the claim construction ruling or the close of discovery after the claim construction ruling, whichever is later | |
| Rebuttal Expert Reports (LPR 5.1c) | 35 days after initial expert reports | |
| Depositions of Experts (LPR 5.2) | Completed 35 days after exchange of rebuttal reports | |
| Final Day for Filing Dispositive Motions (LPR 6.1) | 28 days after end of expert discovery | |
| Case Ready for Trial (LPR Schedule) | 20 weeks (140 days) after filing dispositive motions | |

/s/ Warren J. Thomas

Stephen M. Schaetzel (pro hac vice)
GA Bar No. 628653
Warren J. Thomas (pro hac vice)
GA Bar No. 164714
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
sschaetzel@mcciplaw.com
wthomas@mcciplaw.com

Jonathan M. Cyrluk (ARDC No. 6210250)
Joshua S. Goldberg (ARDC No. 6277541)
Steven C. Moeller (ARDC No. 6290263)
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois  60601
Phone:  312-777-4300 – telephone
Fax:  312-777-4839 – facsimile
cyrluk@carpenterlipps.com
goldberg@carpenterlipps.com
moeller@carpenterlipps.com

*Counsel for Plaintiff, Ignite USA, LLC*

/s/ Patrick T. Muffo (with permission)

Michael R. Levinson
Matthew A. Werber
Patrick T. Muffo
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000
Fax: (312) 460-7000
mlevinson@seyfarth.com
mwerber@seyfarth.com
pmuffo@seyfarth.com

*Counsel for Defendant Pacific Market International*