# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ignite USA, LLC

                                      Plaintiff,

v.                                                     Case No.: 1:14−cv−00856
                                                               Honorable Edmond E. Chang

Pacific Market International LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2016:

       MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Attorneys Stephen M. Schaetzel and Warren J. Thomas appeared by telephone on behalf of Plaintiff (local counsel was in court). The Court adopts the parties scheduling dates under the Local Patent Rules. Initial Infringement Contentions due 5/23/2016. Initial Non−Infringement, Unenforceability, and Invalidity Contentions and associated document production due 06/06/2016. Initial Response to Invalidity Contentions due 6/20/2016. Final Infringement, Unenforceability, and Invalidity Contentions (and document production) due 10/17/2016. Final Non−Infringement, Enforceability, and Validity Contentions due 11/14/2016. Exchange of proposed claim terms and constructions due 12/01/2016. Meet and confer to pick 10 terms by 12/08/2016. Close of fact discovery is 12/29/2016. Opening claim−construction brief by party opposing infringement and Joint Appendix due 01/05/2017. Responsive brief due 02/02/2017. Reply brief due 02/16/2017. Joint Claim Construction Chart and Status Report due 02/23/2017. Status hearing set for 07/07/2016 at 9:00 a.m. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.