- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC<br><br>    Defendant. | Civil Action No. 14-cv-856<br><br>Judge Edmond Chang<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR SUMMARY JUDGMENT

Pacific Market International, LLC ("PMI") moves for summary judgment of invalidity of claims 3 and 12, and non-infringement of claim 3. Summary judgment is warranted in light of the undisputed facts, and reinforced by a Final Written Decision entered by the U.S. Patent and Trademark Office Patent Trial and Appeal Board ("PTAB") in an *Inter Partes* Review ("IPR") of a related patent.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for PMI and plaintiff Ignite USA, LLC ("Ignite") conferred on Friday, July 29, 2016. Ignite indicated it would oppose this Motion.

- 1 -

- 2 -

**DATED:** July 29, 2016  Respectfully submitted,

PACIFIC MARKET INTERNATIONAL, LLC


By:   */Patrick T. Muffo/*
      One of Its Attorneys

Michael R. Levinson
mlevinson@seyfarth.com
Patrick Muffo
pmuffo@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>Stephen M. Schaetzel
>Warren J. Thomas
>MEUNIER CARLIN & CURFMAN LLC
>999 Peachtree Street, NE
>Suite 1300
>Atlanta, Georgia 30309
>sschaetzel@mcciplaw.com
>wthomas@mcciplaw.com

>Jonathan M. Cyrluk
>Joshua S. Goldberg
>Steven C. Moeller
>CARPENTER LIPPS & LELAND LLP
>180 North LaSalle Street
>Suite 2640
>Chicago, Illinois 60601
>cyrluk@carpenterlipps.com
>goldberg@carpenterlipps.com
>moeller@carpenterlipps.com

>>*/Patrick T. Muffo/*
>>Patrick Muffo