# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IGNITE USA, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 1:14-CV-00856 |
| v. | |
| PACIFIC MARKET INTERNATIONAL, LLC, | Honorable Edmond E. Chang |
| Defendant. | |

**PLAINTIFF IGNITE USA, LLC'S INITIAL INFRINGEMENT CONTENTIONS**

In accordance with Local Patent Rule 2.2, Plaintiff Ignite USA, LLC ("Ignite") hereby serves its initial infringement contentions for U.S. Patent No. 7,997,442 (the "'442 Patent").[1]

  a. Identification of the Asserted Claims and Applicable Statutory Subsection of 35 U.S.C. § 271

Ignite provides the following pursuant to Local Patent Rule 2.2(a). Ignite asserts the following claims of the '442 Patent (collectively, "the Asserted Claims"): 3 and 12. Ignite alleges that PMI infringes the Asserted Claims under at least 35 U.S.C. § 271(a).

  b. Identification of the Accused Instrumentality

Pursuant to Local Patent Rule 2.2(b), Ignite contends that the making, sale, use, offer for

---

[1] Ignite's infringement contentions for all asserted claims are necessarily preliminary, as the Court has yet to construe any claims Defendant Pacific Market International, LLC ("PMI") has not served its Local invalidity contentions in accordance with the Local Patent Rules, if any, or PMI's response to these infringement contentions. Ignite's preliminary contentions are based on publicly available materials that describe or address the Accused Instrumentalities. To date, Ignite has received no meaningful discovery responses from PMI. It is anticipated that PMI will produce information, documents or testimony that will inform these contentions. Ignite thus reserves the right to accuse other instrumentalities of infringement, or to amend these contentions as appropriate based upon any such information, or based upon the Court's claim construction. Ignite does not waive any claims, contention or argument, including the doctrine of equivalents, in these contentions. Moreover, the contentions do not and should not be construed as providing Ignite's proffered construction of any claim or term.

sale and/or importation of the PMI products known by the designations Perfect Vacuum Insulated Mug, Aladdin Press-to-Sip Mug, Aladdin Flip & Sip Mug, Aladdin Vacuum Insulated Mug including "Push-Button Lid with LEAK-LOCK$^{TM}$," Stanley One-Hand Mug (both the "Classic" and "Mountain" labeled products), and Stanley Nineteen13 One-Hand Vacuum Mug infringe the '442 Patent (the "Accused Instrumentalities").  At present, Ignite understands that PMI makes, sells, uses, offers for sale or imports these Accused Instrumentalities under one or more of these designations, and that all but the Press-to-Sip and the Vacuum Insulated Mug with LEAK-LOCK share a common lid assembly structure.  Accordingly, Ignite further identifies all other PMI beverage containers with substantially the same designs, features, and functionalities on which Claims 3 and/or 12 of the '442 Patent read.  Ignite reserves the right to supplement these contentions in the event it learns of other infringing instrumentalities, and shows in the attached Exhibit A representative examples of one Accused Instrumentality for each common structure.

   c. <u>Chart Identifying Where Each Element of Each Asserted Claim is Found Within the Accused Instrumentality</u>

  Pursuant to Local Patent Rule 2.2(c), Ignite provides a chart (attached hereto as Exhibit A) that identifies where each element of each Asserted Claim is found within the Accused Instrumentalities.

   d. <u>Direct Infringement/Doctrine of Equivalents</u>

  Pursuant to Local Patent Rule 2.2(d), Ignite has not at present, alleged infringement under the doctrine of equivalents for any of the Asserted Claims because Ignite alleges that PMI's beverage containers literally infringe each Asserted Claim.

   e. <u>Indirect Infringement</u>

  Pursuant to Local Patent Rule 2.2(e), Ignite states that it is presently unaware of any

indirect infringement of the Asserted Claims. Ignite, however, reserves the right to supplement or amend these contentions in the event it learns of any acts of indirect infringement through discovery or otherwise.

f.    Priority Date

In accordance with Local Patent Rule 2.2(f), Ignite contends that the Asserted Claims of the '442 Patent are entitled to a priority date of at least January 26, 2007, the filing date of U.S. Continuation in Part Application Serial No. 11/698,797.

g.    Willful Infringement

Pursuant to Local Patent Rule 2.2(g), Ignite states that PMI has willfully infringed and continues to willfully infringe the Asserted Claims. On information and belief, PMI has been aware of the '442 Patent, based on at least pre-filing conversations between Ignite and PMI relating to the technology. Despite this knowledge, PMI has and continues to knowingly infringe the '442 Patent. Ignite contends that further evidence supporting this claim is in whole or in part in the hands of PMI. Accordingly, Ignite reserves the right to supplement or amend these contentions as it uncovers additional supporting facts through discovery or otherwise.

h.    Ignite Products That Practice the Claimed Inventions in the '442 Patent

Pursuant to Local Patent Rule 2.2(h), Ignite states that at least the following Ignite products were/are embodied in or covered by the one or more of the Asserted Claims:

| Products | Brands |
|---|---|
| ARIA - 10 oz., 16 oz., 20 oz. | CONTIGO® |
| ASTOR - 14 oz., 20 oz. | CONTIGO® AVEX® |
| ASTOR with open access lid - 14 oz., 20 oz. | CONTIGO® AVEX® |
| BELLA - 14 oz. | CONTIGO® AUTOSEAL® |

3

| Products | Brands |
|---|---|
| ELITE - 16 oz. | CONTIGO® AVEX® |
| ELLE - 14 oz. | CONTIGO® AUTOSEAL® |
| HIGHLAND - 10 oz., 16 oz., 20 oz. | AVEX® |
| METRA - 14oz | CONTIGO® / KEURIG® |
| METRA - 16oz w/Grip | CONTIGO® / KEURIG® |
| KARIA - 16 oz. | CONTIGO® / KEURIG® |
| MONROE - 14 oz. | CONTIGO® AUTOSEAL® |
| MORGAN - 12 oz., 14 oz. | CONTIGO® AUTOSEAL® |
| PINNACLE - 16 oz. | CONTIGO® AVEX® |
| PINNACLE 2.0 (Premium) - 16 oz. | CONTIGO |
| ROADSTER - 16 oz. | CONTIGO® AVEX® |
| SHERIDAN - 16 oz. | CONTIGO® AVEX® |
| SPORT - 16 oz. | CONTIGO® AVEX® |
| WEST LOOP - 16 oz., 20 oz., 24 oz. | CONTIGO® AVEX® AUTOSEAL® |
| WEST LOOP with Open Acess Lid - 16 oz., 20 oz., 24 oz. | CONTIGO® AVEX® AUTOSEAL® |
| WEST LOOP with Easy Clean Lid - 16 oz., 20 oz. | CONTIGO® AUTOSEAL® |

Ignite further states that the foregoing products are marked with the '442 Patent, physically and/or virtually.

**IGNITE USA, LLC**

DATED:  May 23, 2016          By: /s/ Stephen M. Schaetzel
                                              One of its Attorneys

                                              Jonathan M. Cyrluk  (*ARDC No. 6210250*)
                                                *cyrluk@carpenterlipps.com*
                                              **Carpenter Lipps & Leland LLP**
                                              180 North LaSalle Street, Suite 2640
                                              Chicago, Illinois 60601

Telephone: (312) 777-4300
Facsimile: (312) 777-4839

Stephen M. Schaetzel (admitted *pro hac vice*)
  *sschaetzel@mcciplaw.com*
Warren J. Thomas (admitted *pro hac vice*)
  *wthomas@mcciplaw.com*
**Meunier Carlin & Curfman LLC**
999 Peachtree Street, N.E., Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
Facsimile: (404) 645-7707

Attorneys for Plaintiff
**IGNITE USA, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this 23rd day of May, 2016, a copy of the

foregoing **Plaintiff Ignite USA, LLC's Disclosure Pursuant to Local Patent Rule 2.2** was

served via electronic mail on the following counsel of record:

> Michael R. Levinson
> Matthew A. Werber
> Patrick T. Muffo
> **Seyfarth Shaw LLP**
> 131 South Dearborn Street
> Suite 2400
> Chicago, IL 60603
> (312) 460-5000
> Fax: (312) 460-7000
> mlevinson@seyfarth.com
> mwerber@seyfarth.com
> pmuffo@seyfarth.com

> By: /s/ Warren Thomas

# EXHIBIT A

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

Claim 3: Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs[1]

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs) |
|---|---|
| **Depends From Claim 1. 3.** A drinking container comprising: | The Accused Instrumentalities are all drinking containers, such as the example below.  |
| a container body having a cavity; a removable lid covering the cavity, the lid having a drink aperture and a separate vent aperture; and | The Accused Instrumentalities include a container defining a cavity, a removable lid assembly that covers the cavity, and the lid assembly includes a drink aperture and a separate vent aperture.  |
| a trigger mechanism mechanically connected to a drink aperture shutter and to a vent seal, | A trigger mechanism is mechanically connected to a drink aperture shutter (by way of "wedge") and to a vent seal (the vent seal is mounted on a projection of the trigger mechanism that couples to the wedge). |

---

[1] Ignite presently understands each of these products to use substantially the same lid designs, features, and functionalities.

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs) |
|---|---|
| |  |
| the trigger mechanism moving the shutter and the vent seal from a closed position to an open position, | When the push-button trigger is pressed, the trigger mechanism moves the shutter and the vent seal from closed to open. |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs) |
|---|---|
| |  |
| wherein the trigger mechanism has an actuation stroke, wherein the vent seal is initially actuated during a first portion of the actuation stroke of the trigger mechanism, and wherein the shutter is initially actuated during a second portion of the actuation stroke of the trigger mechanism, the first portion of the actuation stroke being initiated prior in time to the initiation of the second portion of the actuation stroke. |  |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs) |
|---|---|
| [3. The drinking container of claim 1,] further comprising a vent chamber between the vent seal and the vent aperture, the vent chamber having a cross-sectional area greater than a cross-sectional area of the vent aperture. |  |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

Claim 12: Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs) |
|---|---|
| 12. [Depends from Claim 8:] A drinking container comprising, | The Accused Instrumentalities are all drinking containers, such as the example below.  |
| a container body having a cavity; a removable lid covering the cavity of the container body, the lid having a drink aperture and a vent aperture, | The Accused Instrumentalities include a container having a cavity a removable lid that covers the cavity. The lid assembly includes a drink aperture a separate vent aperture.  |
| a shutter that is movable between a closed position and an open position, and a vent seal that is movable between a closed position and an open position; and |  |

5

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs) |
|---|---|
| | |
| a trigger mechanically connected to the shutter and the vent seal, the trigger having a actuation stroke, | A trigger mechanism is mechanically connected to a drink aperture shutter (by way of "wedge") and to a vent seal (the vent seal is mounted on a projection of the trigger mechanism that couples to the wedge).   |
| wherein the vent seal is actuated during a first portion of the actuation stroke of the trigger, wherein the shutter is actuated during a second portion of the actuation stroke of the trigger, and wherein the first portion of the actuation stoke is initiated prior in time to the initiation of second portion of the actuation stroke. | The vent seal is actuated during a first portion of the actuation stroke, and the shutter is actuated during a second portion of the actuation stroke. The first portion of the actuation stroke is initiated prior in time to the initiation of the second portion of the actuation stroke.  <br> • Trigger Not Depressed<br>• Vent Seal Not Actuated<br>• Shutter Not Actuated    • Trigger Partially Depressed<br>• Vent Seal Actuated<br>• Shutter Not Actuated    • Trigger Fully Depressed<br>• Vent Seal Actuated<br>• Shutter Actuated |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Stanley Nineteen13 One-Hand Vacuum Mug, Stanley Classic/Mountain One Hand Mugs, Aladdin Flip & Sip Mug, and Aladdin Perfect Vacuum Insulated Mugs) |
|---|---|
| [12. The drinking container of claim 8,] further comprising a vent chamber between the vent seal and the vent aperture and wherein the trigger extends partially through the vent chamber. | The trigger mechanism extends partially through a vent chamber.<br> |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

Claim 3: Aladdin Press-to-Sip type lids

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Aladdin Press to Sip Mug) |
|---|---|
| **Depends From Claim 1. 3.** A drinking container comprising: | The Accused Instrumentalities are all drinking containers, such as the example below.<br> |
| a container body having a cavity; a removable lid covering the cavity, the lid having a drink aperture and a separate vent aperture; and | The Accused Instrumentalities include a container defining a cavity, a removable lid assembly that covers the cavity, and the lid assembly includes a drink aperture and a separate vent aperture.<br><br> |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Aladdin Press to Sip Mug) |
|---|---|
| |  |
| a trigger mechanism mechanically connected to a drink aperture shutter and to a vent seal, | The trigger is mechanically connected to the drink aperture shutter and the vent seal.<br><br><br><br> |
| the trigger mechanism moving the shutter and the vent seal from a closed position to an open position, | The trigger mechanism moves the shutter and the vent seal from a closed position to an open position.<br><br> |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Aladdin Press to Sip Mug) |
|---|---|
| |  |
| wherein the trigger mechanism has an actuation stroke, wherein the vent seal is initially actuated during a first portion of the actuation stroke of the trigger mechanism, and wherein the shutter is initially actuated during a second portion of the actuation stroke of the trigger mechanism, the first portion of the actuation stroke being initiated prior in time to the initiation of the second portion of the actuation stroke. | The trigger mechanism has an actuation stroke. The vent seal is actuated during a first portion of the actuation stroke, and the shutter is actuated during a second portion of the actuation stroke. The first portion of the actuation stroke is initiated prior in time to the initiation of the second portion of the actuation stroke.<br><br> |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Aladdin Press to Sip Mug) |
|---|---|
| [3. The drinking container of claim 1,] further comprising a vent chamber between the vent seal and the vent aperture, the vent chamber having a cross-sectional area greater than a cross-sectional area of the vent aperture. | The vent chamber is between the vent seal and the vent aperture.  |

11

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

Claim 12: Aladdin Press-to-Sip type lids

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Aladdin Press to Sip Mug) |
|---|---|
| Depends from Claim 8.<br><br>12. A drinking container comprising: | The Accused Instrumentalities are all drinking containers, such as the example below.<br><br> |
| a container body having a cavity; a removable lid covering the cavity of the container body, the lid having a drink aperture and a vent aperture, | The Accused Instrumentalities include a container having a cavity a removable lid that covers the cavity. The lid assembly includes a drink aperture a separate vent aperture.<br><br><br><br> |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Aladdin Press to Sip Mug) |
|---|---|
| |  |
| a shutter that is movable between a closed position and an open position, and a vent seal that is movable between a closed position and an open position; and |  |
| a trigger mechanically connected to the shutter and the vent seal, the trigger having a actuation stroke, wherein the vent seal is actuated during a first portion of the actuation | A trigger is mechanically connected to the shutter and the vent seal and has an actuation stroke. The vent seal is actuated during a first portion of the actuation stroke prior in time to a second portion of the actuation stroke that actuates the shutter. |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Aladdin Press to Sip Mug) |
|---|---|
| stroke of the trigger, wherein the shutter is actuated during a second portion of the actuation stroke of the trigger, and wherein the first portion of the actuation stoke is initiated prior in time to the initiation of second portion of the actuation stroke. | <br>Trigger Not Depressed / Vent Not Actuated / Shutter Not Actuated  Trigger Partially Depressed / Vent Actuated / Shutter Not Actuated  Trigger Fully Depressed / Vent Actuated / Shutter Actuated<br> |
| [12. The drinking container of claim 8,] further comprising a vent chamber between the vent seal and the vent aperture and wherein the trigger extends partially through the vent chamber. | The trigger mechanism extends partially through a vent chamber.<br> |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

Claim 3: Aladdin Vacuum Insulated Mug including "Push-Button Lid with LEAK-LOCK™ ("Leak Lock Mug")

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Leak Lock Mug) |
|---|---|
| **Depends From Claim 1.  3.**  A drinking container comprising: | The Accused Instrumentalities are all drinking containers, such as the example below. |
| a container body having a cavity; a removable lid covering the cavity, the lid having a drink aperture and a separate vent aperture; and | The Accused Instrumentalities include a container defining a cavity, a removable lid assembly that covers the cavity, and the lid assembly includes a drink aperture and a separate vent aperture.<br><br> |
| a trigger mechanism mechanically connected to a drink aperture shutter and to a vent seal, | A trigger mechanism is mechanically connected to a drink aperture shutter and to a vent seal. |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Leak Lock Mug) |
|---|---|
| |  |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Leak Lock Mug) | |
|---|---|---|
| the trigger mechanism moving the shutter and the vent seal from a closed position to an open position, wherein the trigger mechanism has an actuation stroke, wherein the vent seal is initially actuated during a first portion of the actuation stroke of the trigger mechanism, and wherein the shutter is initially actuated during a second portion of the actuation stroke of the trigger mechanism, the first portion of the actuation stroke being initiated prior in time to the initiation of the second portion of the actuation stroke. | *Closed:* |  |
| | *Vent open, drink aperture closed* |  |
| | *Fully open:* |  |

17

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 3 Element | Indication that Element is Found in the Accused Instrumentality (Leak Lock Mug) |
|---|---|
| [3. The drinking container of claim 1,] further comprising a vent chamber between the vent seal and the vent aperture, the vent chamber having a cross-sectional area greater than a cross-sectional area of the vent aperture. |    |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

Claim 12: Aladdin Leak Lock Mug

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Leak Lock Mug) |
|---|---|
| 12. [Depends from Claim 8:] A drinking container comprising, | The Accused Instrumentalities are all drinking containers, such as the example below. |
| a container body having a cavity; a removable lid covering the cavity of the container body, the lid having a drink aperture and a vent aperture, | The Accused Instrumentalities include a container body having a cavity, a removable covering the cavity. The lid has a drink aperture and a separate vent aperture.<br> |
| a shutter that is movable between a closed position and an open position, and a vent seal that is movable between a closed position and an open position; and | The shutter and the vent seal are moved from closed to open by one-handed operation of the button, as shown on the product packaging and images below.<br> |

19

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Leak Lock Mug) |
|---|---|
| | Shutter and vent seal closed:<br><br><br>Shutter and vent seal open:<br> |
| a trigger mechanically connected to the shutter and the vent seal, the trigger having a actuation stroke, | A trigger mechanism is mechanically connected to a drink aperture shutter and to a vent seal.<br> |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Leak Lock Mug) | |
|---|---|---|
| wherein the vent seal is actuated during a first portion of the actuation stroke of the trigger, wherein the shutter is actuated during a second portion of the actuation stroke of the trigger, and wherein the first portion of the actuation stoke is initiated prior in time to the initiation of second portion of the actuation stroke. | The vent seal is actuated during a first portion of the actuation stroke, and the shutter is actuated during a second portion of the actuation stroke. The first portion of the actuation stroke is initiated prior in time to the initiation of the second portion of the actuation stroke | |
| | *Closed*: |  |
| | *Vent open, drink aperture closed* |  |
| | *Fully open:* |  |

**Ignite v. PMI — Preliminary Infringement Contentions for U.S. Patent No 7,997,442**

| U.S. Patent No. 7,997,442 Claim 12 Element | Indication that Element is Found in the Accused Instrumentality (Leak Lock Mug) |
|---|---|
| [12. The drinking container of claim 8,] further comprising a vent chamber between the vent seal and the vent aperture and wherein the trigger extends partially through the vent chamber. | The trigger mechanism extends partially through a vent chamber.<br><br> |