IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC <br><br> Defendant. | Civil Action No. 1:14-cv-00856 <br><br> Hon. Edmond E. Chang <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

**To:**

Stephen M. Schaetzel
Warren J. Thomas
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309

Jonathan M. Cyrluk
Joshua S. Goldberg
Steven C. Moeller
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois 60601

  PLEASE TAKE NOTICE that on Wednesday, December 7, 2016 at 8:30 am, we shall appear before the Honorable Judge Edmond E. Chang, or any judge sitting in his stead, in Courtroom 2119, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present PMI's MOTION TO COMPEL, a copy of which is served on you via the court's Electronic Case Filing System.

**DATED:** December 2, 2016          Respectfully submitted,

PACIFIC MARKET INTERNATIONAL, LLC

By:    */s/Patrick T. Muffo*
       One of Its Attorneys

Michael R. Levinson
mlevinson@seyfarth.com
Patrick T. Muffo
pmuffo@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**CERTIFICATE OF SERVICE**

  I, Patrick T. Muffo, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on December 2, 2016.

                 /s/Patrick T. Muffo
                 Patrick T. Muffo
                 131 South Dearborn Street
                 Suite 2400
                 Chicago, Illinois  60603
                 (312) 469-5000 – Telephone
                 (312) 460-7000 – Facsimile
                 pmuffo@seyfarth.com