## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ignite USA, LLC

                                Plaintiff,

v.                                     Case No.: 1:14−cv−00856
                                        Honorable Edmond E. Chang

Pacific Market International LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2016:

      MINUTE entry before the Honorable Edmond E. Chang: Status and hearing on Defendant's motion to compel [105]. Counsel for both sides reported that the parties have narrowed the disputes, but are still working on resolving some. For now, the motion to compel [105] is terminated. The parties must work in good faith to resolve the issues, or short of resolution, Defendant must file the narrower motion to compel by 01/06/2017. Plaintiff's response to the motion due 01/13/2017. If Plaintiff has any pending discovery that it wants, then it too must promptly surface the dispute. For the reasons discussed during the hearing, fact discovery is extended to 01/16/2017. The Court permitted the extension in part because the discovery disputes should not impact the claim construction briefing. Status hearing set for 01/19/2017 at 10:15 a.m. Markman hearing set for 04/06/2017 at 1:30 p.m. Before briefing begins, the parties shall confer on whether the hearing will comprise attorney argument only, or if there is a need for witness testimony. The briefing shall contain the parties' respective positions, as well as a length−of−time request for the hearing. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.