## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ignite USA, LLC

                                      Plaintiff,

v.                                                            Case No.: 1:14−cv−00856
                                                                            Honorable Edmond E. Chang

Pacific Market International LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 6, 2017:

       MINUTE entry before the Honorable Edmond E. Chang: Attorneys Patrick T. Muffo and Warren J. Thomas contacted the courtroom deputy on a conference call to report that the parties have resolved the issues on the motion to compel [105], so Defendant will not be filing the narrower version of the motion. The 01/19/2017 status hearing remains as scheduled.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.