UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ignite USA, LLC

                                                Plaintiff,

v.                                                                              Case No.: 1:14−cv−00856
                                                                                        Honorable Edmond E. Chang

Pacific Market International LLC, et al.

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 19, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff's attorney, Warren Thomas, appeared by telephone. Two of Plaintiff's other attorneys appeared in Court. Counsel for both parties reported on the status of discovery and Contentions filings. The Court explained that the parties have misapprehended the fact discovery and claim−construction briefing deadlines, which are real deadlines, as is the Markman hearing date, which is keyed to timely filing of claim−construction briefs. As stated in R. 100, "the contentions deadlines may be amended as needed, so long as fact discovery and claim construction \*\*remain as scheduled.\*\*" And the Court has repeatedly emphasized the need to surface discovery disputes in advance of the fact−discovery deadline. Out of mercy, fact discovery is extended to 02/13/2017 for the limited issues identified during today's hearing. The claim−construction briefing remain the same, as does the Markman hearing date. By 01/25/2017, Defendant shall notify Plaintiff whether the defense will be relying on the embodiments described during the hearing, which Plaintiff argues was not disclosed until the amended Final Unenforceability/Invalidity Contentions. If the answer is yes, then Plaintiff must file a motion to exclude the evidence as a discovery violation by 01/30/2017. Defendant shall respond to the motion by 12 p.m. on 02/01/2017. Status hearing and potential motion hearing set for 02/02/2017 at 11:00 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.