UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ignite USA, LLC
                                    Plaintiff,

v.                                                              Case No.: 1:14−cv−00856
                                                                    Honorable Edmond E. Chang

Pacific Market International LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 2, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. One of Ignite's attorneys, Warren Thomas, appeared by telephone. The parties have begun to execute the agreement in R. 119 to deal with the amended Final Invalidity Contentions; the Court authorizes the procedure. Fact discovery will close as scheduled on 02/13/2017. Pacific's counsel mentioned the possibility of an expert affidavit with the claim construction brief. As the Court stated during the hearing, that does not mean that the Court will require the expert's live testimony at the Markman hearing, but under Local Patent Rule 4.2(a), Pacific does have to make the expert available for a prompt deposition (in fact, the parties and the expert should reserve a date very soon after the opening brief in case it is needed). The same goes for any Ignite expert declaration. (The expert discovery contemplated by Local Patent Rule 5.1 et seq. deals with experts "for issues other than claim construction," see LPR 5.1(a).) The next in−court date is the Markman hearing. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.