# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC <br><br> Defendant. | Civil Action No. 14-cv-856 <br><br> Judge Edmund Chang <br><br> **JURY TRIAL DEMANDED** |

## JOINT APPENDIX PURSUANT TO LPR 4.2(b)

**TABLE OF CONTENTS**

**DOCUMENT**                                                                                           **PAGES**

U.S. Patent No. 7,997,442 B2 ................................................................................................. JA 1-JA 31
File History of U.S. Patent No. 7,997,442 B2 ........................................................... JA 32-JA 251
File History of U.S. Patent No. 7,546,933 B2 ......................................................... JA 252-JA 600

DATED: February 10, 2017                         Respectfully submitted,


By:*/s/ Warren J. Thomas*                        By:*/s/ Patrick T. Muffo*

Stephen M. Schaetzel (pro hac vice)              Michael R. Levinson
GA Bar No. 628653                                Patrick T. Muffo
Warren J. Thomas (pro hac vice)                  Seyfarth Shaw LLP
GA Bar No. 164714                                131 South Dearborn Street
MEUNIER CARLIN & CURFMAN LLC                     Suite 2400
999 Peachtree Street, NE, Suite 1300             Chicago, IL 60603
Atlanta, Georgia 30309                           (312) 460-5000
Phone: 404-645-7700                              Fax: (312) 460-7000
Fax: 404-645-7707                                mlevinson@seyfarth.com
sschaetzel@mcciplaw.com                          pmuffo@seyfarth.com
wthomas@mcciplaw.com

                                                 *Counsel for Defendant Pacific Market*
Jonathan M. Cyrluk (ARDC No. 6210250)            *International*
Joshua S. Goldberg (ARDC No. 6277541)
Steven C. Moeller (ARDC No. 6290263)
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois 60601
Phone: 312-777-4300 – telephone
Fax: 312-777-4839 – facsimile
cyrluk@carpenterlipps.com
goldberg@carpenterlipps.com
moeller@carpenterlipps.com

*Counsel for Plaintiff Ignite USA, LLC*

36991446v.1

## CERTIFICATE OF SERVICE

  I, Patrick T. Muffo, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on February 10, 2017.

                 */s/Patrick T. Muffo*
                 Patrick T. Muffo
                 131 South Dearborn Street
                 Suite 2400
                 Chicago, Illinois 60603
                 (312) 469-5000 – Telephone
                 (312) 460-7000 – Facsimile
                 pmuffo@seyfarth.com

36991446v.1