IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC <br><br> Defendant. | Civil Action No. 14-cv-856 <br><br> Judge Edmond Chang <br><br> **JURY TRIAL DEMANDED** |

## MOTION TO SUPPLEMENT CLAIM CONSTRUCTION RECORD

Pacific Market International, LLC ("PMI") moves to supplement the claim construction record as follows:

1. Three days prior to the originally-scheduled Claim Construction Hearing on April 6, 2017,[1] the parties exchanged demonstrative exhibits pursuant to the Local Patent Rules. Ignite USA, LLC's ("Ignite") demonstrative exhibits included, among other things, annotated drawings of the patent-in-suit (U.S. Patent No. 7,997,442, the "'442 Patent") including an annotated Figure 16. (See, for example, Exh. A - Ignite Demonstrative). It is unclear who annotated Figure 16 for Ignite's demonstrative and Ignite has not offered any foundation for its annotation.

2. However, the record of this case includes annotations of Figure 16 prepared by the inventor of the '442 Patent, Mr. Steven Pinelli, and Ignite's 30(b)(6) witness, Mr. Daniel Wodka, during their depositions. (Exh. B - Pinelli Exhibit 36; and Exh. C - Wodka Exhibit 24). To the extent Ignite uses or attempts to use its proffered annotated Figure 16 or any other annotated figure on claim construction, PMI should be able to provide the Court with the

---

[1] The Claim Construction Hearing was originally scheduled for April 6, 2017 but was rescheduled due to inclement weather that affected travel for out of town counsel.

annotations of record, and the relevant Pinelli and Wodka deposition transcript portions explaining their annotations. (Exh. D - Pinelli transcript portions; Exh. E - Wodka transcript portions).

3. Ignite would suffer no prejudice by the proposed addition to the record to include the above exhibits and transcript portions. Ignite is well aware of the record surrounding the Pinelli and Wodka depositions, the exhibits at those depositions, and the testimony of the witnesses.

4. The undersigned hereby certifies that counsel for PMI and plaintiff Ignite USA, LLC ("Ignite") conferred on Tuesday, May 9; and again on Monday, May 22, with written discussions therebetween and thereafter. Ignite indicated it would oppose this Motion.

**DATED:** May 23, 2017

Respectfully submitted,

PACIFIC MARKET INTERNATIONAL, LLC


By:     /s/Patrick T. Muffo
      One of Its Attorneys

Michael R. Levinson
mlevinson@seyfarth.com
Patrick T. Muffo
pmuffo@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr.
Suite 8000
Chicago, Illinois 60606
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

## CERTIFICATE OF SERVICE

    I, Patrick T. Muffo, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on May 23, 2017.

                                              */s/Patrick T. Muffo*
                                              Patrick T. Muffo
                                              233 S. Wacker Dr.
                                              Suite 8000
                                              Chicago, Illinois 60606
                                              (312) 469-5000 – Telephone
                                              (312) 460-7000 – Facsimile
                                              pmuffo@seyfarth.com

39180076v.1