# Exhibit A

# Claim 12

**12.** The drinking container of claim **8**, further comprising a vent chamber between the vent seal and the vent aperture, and wherein the trigger extends partially through the vent chamber.



Source: '442 Patent, claim 12, Fig. 16