# Exhibit B



FIG. 16