# Exhibit C



FIG. 16