# Exhibit D

CONFIDENTIAL

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF ILLINOIS
 3                        EASTERN DIVISION
 4
       IGNITE USA, LLC,            )
 5                                 )
                Plaintiff,         )
 6                                 )
          vs                       ) No. 14 CV 856
 7                                 )
       PACIFIC MARKET INTERNATIONAL)
 8     and ALADDIN INDUSTRIES,     )
       LLC,                        )
 9                                 )
                Defendants.        )
10
11
12              The deposition of STEVEN M. PINELLI
13     called for examination pursuant to notice and
14     pursuant to the Federal Rules of Civil Procedure for
15     the United States District Courts pertaining to the
16     taking of depositions taken before JO ANN LOSOYA,
17     Certified Shorthand Reporter within and for the
18     County of Cook and State of Illinois at 131 South
19     Dearborn Street, Chicago, Illinois, on
20     December 22, 2016, at the hour of 9:09 o'clock a.m.
21
22
23
24
```

CONFIDENTIAL

Page 67

1     A.    Not really, not vent aperture.
2     Q.    Are you able to look at Figure 16 and
3  identify for me a vent chamber?
4           MR. SCHAETZEL:  Objection as to form.
5  BY THE WITNESS:
6     A.    That would be this space in here if I
7  were to assume.  If we were talking about a vent
8  chamber, it would be located underneath.
9     Q.    I'll give you a marker.
10    A.    Okay.
11    Q.    It's a yellow marker.  Why don't you mark
12 what you understand the vent chamber to be?
13          MR. SCHAETZEL:  Same objection.
14 BY THE WITNESS:
15    A.    (Witness marking document.)
16          MR. SCHAETZEL:  What drawing figure was
17 that?
18          MR. LEVINSON:  16.
19 BY MR. LEVINSON:
20    Q.    Now, I'll represent to you that the
21 patent identifies the vent chamber as number 738.
22 Does that change your -- any of your answer or what
23 you would color in as the vent chamber?
24          MR. SCHAETZEL:  Objection as to form.

CONFIDENTIAL

Page 68

1   BY THE WITNESS:
2        A.    I would seem to confirm that.
3        Q.    Okay.  And I take it you are not able to
4   identify a vent aperture in Figure 16; is that
5   correct?
6              MR. SCHAETZEL:  Same objection.
7   BY THE WITNESS:
8        A.    I could reasonably describe the detail or
9   two in there, the vent aperture I guess.  This maybe
10  wouldn't be the best figure to show that.
11             If I were to describe a vent
12  aperture, I would choose a different figure to make
13  it more clear.  I don't know which one that would
14  be.
15             "Aperture" to me means an opening.
16  We're talking about a vent aperture.  It would be an
17  opening through which a pressure is equalized.  731
18  on Figure 13, I believe we referred to that as a
19  vent deflector.  And on the sides of that, there are
20  two apertures, one on each side, through which
21  whatever gases, hot steam would exit.  I would refer
22  to those maybe as 682 pointing to a vent aperture.
23  But I'm not sure.
24       Q.    Okay.  So are you saying Figure 16 does

1    not depict a vent aperture?

2              MR. SCHAETZEL:  Objection as to form.

3    BY THE WITNESS:

4       A.   It is just not as clear.  I guess it

5    depicts it.  If 682 is supposed to be pointing at

6    the vent aperture, I would actually point a little

7    to the right and a little up from there, because

8    you're actually, in this cross-section you're

9    actually looking through an aperture through which

10   that steam is released.

11             But I guess 682 in Figure 16 would be

12   pointing to the path through which the steam would

13   be released.  So I guess that could be a valid

14   location of what you would call a vent aperture.

15      Q.   Okay.  And looking at 682, I'm sorry --

16   let me just see your drawing before -- you yellowed

17   in or highlighted the white space to which 682 is

18   pointing, is that correct, as part of the vent

19   chamber?

20      A.   Yes.

21      Q.   So are you saying that the vent aperture

22   sits somewhere on top of what you have yellowed in?

23             MR. SCHAETZEL:  Objection as to form.

24   BY THE WITNESS:

CONFIDENTIAL

Page 70

1  A. Yeah, if you mean the final exit point of
2  the steam. That's how I would term it. You could
3  possibly term this hole path as the vent aperture.
4  I could see that being a reasonable description.
5  Q. Is a vent aperture the same as a vent
6  hole?
7  MR. SCHAETZEL: Same objection.
8  BY THE WITNESS:
9  A. Well, to the extent that "aperture" and
10  "hole" mean the same thing, sure.
11  MR. LEVINSON: Let's take a break.
12  THE VIDEOGRAPHER: We're off the record.
13  The time is 10:33 a.m.
14  (Whereupon, a break in the
15  proceedings was taken.)
16  THE VIDEOGRAPHER: We are back on the
17  record at 10:40 a.m.
18  MR. LEVINSON: Can I get the last
19  question and answer, please.
20  (Record read as requested.)
21  BY MR. LEVINSON:
22  Q. I think you told me that 683 is the vent
23  seal; is that correct?
24  MR. SCHAETZEL: Objection as to form.

1  BY THE WITNESS:
2       A.    Yeah.  Yep.
3       Q.    Do you have a pen?
4       A.    Actually I don't know if I said that, but
5  I would agree with that now.
6       Q.    Okay.  I think you did.
7             Would you mind just putting a circle
8  around what the vent seal?
9       A.    It's not a circle.  It's an oval.
10      Q.    Okay.  Let me take a look at that if you
11 don't mind.
12            And would you put an X at the vent
13 aperture?
14            MR. SCHAETZEL:  Objection as to form.
15 BY THE WITNESS:
16      A.    As I understand it, right here.
17      Q.    Okay.  And the patent identifies 682 as
18 the vent aperture, so I just want to confirm, is
19 that where you would still put the X for where you
20 believe the vent aperture is?
21            MR. SCHAETZEL:  Objection as to form.
22 BY THE WITNESS:
23      A.    If I were to prepare this figure I would
24 put the vent aperture call-out right where I put the

CONFIDENTIAL

Page 72

1    X.
2         Q.   Okay.
3         A.   I can see where 82 you can think of as
4    being part of the vent aperture if you were taking a
5    more of the approach where anything from the vent
6    seal to what I believe is referred to as the vent
7    deflector, I could accept that that hole path could
8    be described as a vent aperture.  So 682 could make
9    sense to me, but that's not how I would draw it up I
10   guess.
11        Q.   Okay.  I'll take my pen back.  Thank you.
12             Does the vent aperture have a
13   cross-sectional area?
14             MR. SCHAETZEL:  Objection as to form.
15   BY THE WITNESS:
16        A.   Yes.
17        Q.   Does it have different cross-sectional
18   areas depending on where it's measured?
19        A.   Yes.
20             MR. SCHAETZEL:  Objection as to form.
21   BY THE WITNESS:
22        A.   Yes.
23        Q.   And how do you measure or how would you
24   measure the cross-sectional area of a vent aperture?