# Exhibit E

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF ILLINOIS

3                   EASTERN DIVISION

4

     IGNITE USA, LLC,                )

5                                    )

              Plaintiffs,       )

6                                    )

        vs                    ) No. 14 cv 856

7                                    )

     PACIFIC MARKET              )

8    INTERNATIONAL and ALADDIN    )

     INDUSTRIES, LLC,             )

9                                    )

              Defendants.        )

10

11              ATTORNEYS' EYES ONLY

12              HIGHLY CONFIDENTIAL

13          The deposition of DANIEL WODKA called for

14   examination pursuant to notice and pursuant to the

15   Federal Rules of Civil Procedure for the United

16   States District Courts pertaining to the taking of

17   depositions taken before JO ANN LOSOYA, Certified

18   Shorthand Reporter within and for the County of Cook

19   and State of Illinois at 131 South Dearborn Street,

20   Chicago, Illinois, on December 14, 2016 at the hour

21   of 9:30 o'clock a.m.

22

23

24

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 56

1    in 13 and 18 is one particular embodiment of a West

2    Loop product within a rather -- a West Loop family

3    of products that have variations.

4              For your question, if we refer to

5    figure 16 within the '442 patent, my knowledge of

6    the patent and the terms as defined within this

7    patent suggests that element 683 is the vent seal,

8    682 is the vent aperture, and 738 is the vent

9    chamber.

10           MR. LEVINSON:  Okay.  Let's take a break.

11    I want to get -- I forgot to bring out some colored

12    markers.  I want to have you mark that on the patent

13    so I'm sure I can understand what you're talking

14    about.

15              Can we take two minutes?

16           MR. SCHAETZEL:  Of course.

17             (Whereupon, a break in the

18               proceedings was taken.)

19           MR. LEVINSON:  What I'm going to do is

20    I'm going to mark a new copy of the patent for you

21    to draw on.  I think this is 24.

22             (Deposition Exhibit 24 was

23               marked for identification.)

24

Page 57

1    BY MR. LEVINSON:

2         Q.    I'll hand that to you.  I'll ask you if

3    on figure 16 you can highlight the area that

4    comprises the vent chamber in yellow.

5              MR. SCHAETZEL:  Objection as to form,

6    calls for a legal conclusion, and the parties have

7    yet to have a claim construction order that could

8    inform the question.

9    BY THE WITNESS:

10        A.    You have asked me to highlight the area

11   on this particular picture that reflects the vent

12   chamber, correct?

13        Q.    Yes.

14        A.    Within the width of this marker as well

15   as possible, I've done that on figure 16.

16        Q.    You said that the vent aperture was 682?

17        A.    Yes.

18        Q.    So that's the portion atop the yellow

19   highlighting there, is that a fair way to put it?

20        A.    Yes.

21        Q.    Okay.  And is the vent chamber between

22   the vent aperture and the vent seal in that

23   depiction?

24        A.    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 58

1    Q.    Is that entire vent chamber between the

2    vent aperture and the vent seal?

3              MR. SCHAETZEL:  Objection as to form,

4    calls for a legal conclusion, and the parties do not

5    have a claim construction order by which to

6    understand or that would inform the question or the

7    answer.

8                   You can answer as best you can.

9    BY THE WITNESS:

10    A.    Your question was does the entire vent

11    chamber exist between the vent seal and the vent

12    aperture?

13    Q.    Yes.

14    A.    I find this question difficult to answer

15    without a better definition of terms and functions.

16    I'm going to answer a different question.

17                   If the question is defined as does

18    the vent chamber serve its functional purpose in

19    acting between the vent seal and the vent aperture,

20    then the answer is yes.

21    Q.    I would like you to answer my question.

22    My question is is the vent chamber as you have

23    highlighted it in figure 16 completely between the

24    or in its entirety between the vent seal and the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 59

1    vent aperture?

2              MR. SCHAETZEL:  Objection as to form,

3    calls for a legal conclusion.  Ignite will designate

4    testimony of its expert for a response to this

5    question and the parties do not have a claim

6    construction order that would inform both the

7    question and the answer and I believe that the

8    witness has responded to your question.  You can do

9    so again.

10             Another objection, this is definitely

11   not covered by any of the topics.  Objection as

12   being outside the scope of the notice of the

13   deposition.

14   BY THE WITNESS:

15       A.    The vent chamber is functionally between

16   the vent seal and the vent aperture.  If that's not

17   your question, please ask it again.

18             MR. LEVINSON:  Would you repeat my

19   question?

20                  (Record read as requested.)

21             MR. SCHAETZEL:  Objection as to form.

22   This will be the subject of expert testimony, and

23   the witness has answered your question as best he's

24   able.  If you are going to persist in this, I'm

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 60

1      going to have to direct him not to answer.

2            MR. LEVINSON:  I'd like an answer to my

3      question.

4            MR. SCHAETZEL:  Okay.  Have you answered

5      the question as best you're able?

6            THE WITNESS:  Yes.

7            MR. SCHAETZEL:  Then I would ask you --

8      I'll direct the witness not to further or try to

9      further answer your question.

10     BY MR. LEVINSON:

11          Q.    Are you refusing to answer the question?

12          A.    I believe I have answered the question as

13     best I'm able.

14          Q.    Isn't it true when you look at figure 16,

15     as you have put in the highlighting, that some of

16     the highlighting that you have put in representing

17     the vent chamber area is not between the vent seal

18     and the vent aperture?

19            MR. SCHAETZEL:  Objection as to form.

20     That's the flip side of the same question, asked and

21     answered.

22     BY THE WITNESS:

23          A.    I have to refer to the purpose of the

24     vent chamber and how it acts to deliver against the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 61

1    claims; and in that view, it is fully between the

2    vent seal and the vent aperture.

3            Q.    That wasn't my question.  My question was

4    isn't it true that you highlighted an area on figure

5    16 which is not between the vent chamber -- excuse

6    me -- the vent aperture and the vent seal?

7            MR. SCHAETZEL:  Objection as to form,

8    asked and answered.

9    BY THE WITNESS:

10           A.    I think my struggle with answering your

11   question as you are directing it is the lack of

12   definition for a variety of the terms.  If we take a

13   simple linear look at these things, then part of the

14   vent chamber is not linearly between the vent seal

15   and the vent aperture.

16           Q.    You didn't have any difficulty

17   understanding the terms when I asked you to identify

18   where the vent seal, the vent aperture, and the vent

19   chamber are located, isn't that true?

20           A.    That's true.

21           Q.    Looking at figure 16, can you determine

22   if the cross-sectional area of the vent chamber is

23   larger than the crossing sectional area of the vent

24   aperture?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 62

1          MR. SCHAETZEL:  Objection as to form,

2     misstates the reference, the question is misleading.

3          THE WITNESS:  Still answer?

4          MR. LEVINSON:  I think you're free to

5     answer.

6     BY THE WITNESS:

7          A.   Okay.  There's inadequate information on

8     16 to make a sufficient answer to that question.  I

9     can infer based on my visual interpretation of the

10    elements present, but I'm not sure that's what you

11    are asking for.

12         Q.   Well, what would you infer based on the

13    visual representation of the elements present?

14         MR. SCHAETZEL:  Same objections.

15              You may answer.

16    BY THE WITNESS:

17         A.   That the vent chamber is of a larger

18    cross-sectional area than the vent aperture.

19         Q.   Why do you infer that?

20         A.   If I may, you haven't asked me to

21    highlight what I would define as the vent aperture

22    within this cross-section.  Based on how I'm

23    visually inferring what that cross-sectional area

24    may be defined as and then comparing it to what I

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 63

1    have highlighted in here as the vent chamber, I'm

2    making a visual mental comparison between those and

3    judging that the vent chamber is of a larger

4    cross-sectional area than the vent aperture.

5          Q.    Why don't you highlight in blue what you

6    consider to be the vent aperture?

7          A.    Again, the width of the marker is a

8    little difficult, but I have highlighted as best I

9    can the area that I am defining as the vent aperture

10   in that cross-section.

11         Q.    Okay.  There's -- there appears to be --

12   I'll hand that back to you in a moment -- some area

13   on top of the blue highlighting that you did not

14   highlight right in there that's still white, right

15   in there?

16         A.    You're talking above the blue

17   highlighting?

18         Q.    What is that area above the blue

19   highlighting?

20         A.    That would be the -- excuse me.  That

21   would be the area above the vent aperture that is

22   covered by the vent deflector.

23         Q.    So is that an area that is outside of the

24   top surface of the lid?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 64

1      A.    No.

2      Q.    Now, you said -- -- Strike that.

3            Why wouldn't that be part of the vent

4   aperture itself?

5      A.    Are you asking me to answer that question

6   based on the definition provided within this patent

7   or based on my opinion?

8      Q.    Well, let's start with the definition of

9   the patent if there is one.

10           MR. SCHAETZEL:  Objection as to form.  It

11  calls for a question -- or I mean, it calls for the

12  question -- it's a question of law and the terms are

13  not -- have not been defined in the claim

14  construction order that would inform the question

15  and the answer.

16           You can answer the best you can.

17  BY THE WITNESS:

18     A.    I'm not comfortable answering with

19  respect to the description in the patent without

20  spending significant time reviewing the description

21  and all terms where the vent aperture may have been

22  defined.

23     Q.    Let me ask you this question:  A couple

24  of answers ago, you said you would infer, I think

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 65

1  was the word you used, that the vent chamber has a

2  larger cross-sectional area than the vent aperture.

3  I take it that is based on your visual comparison of

4  the yellow highlighted area versus the blue

5  highlighted area?

6      A.   Yes.

7      Q.   If you wanted to confirm the difference

8  in the cross-sectional areas, how would you do that?

9          MR. SCHAETZEL:  Objection as to the form.

10             Go ahead.

11 BY THE WITNESS:

12     A.   I would find it most accurate to pull up

13 the related 3D CAD models of this particular figure,

14 and then using means to specifically define the

15 areas I've tried to highlight, run a measurement to

16 determine the area of each element.

17     Q.   When you say "run a measurement," what

18 measurement would you run?

19     A.   We're looking for cross-sectional area.

20 This box isn't going to be defined by any particular

21 shape.  So I would be looking for the computer to

22 aid in that calculation.

23     Q.   And have you run such tests on any Ignite

24 products?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 69

1    behalf of the company here today?

2        A.    I have not.

3        Q.    Do you know when that test was done?

4        A.    I do not.

5        Q.    Have you seen any documentation with

6    respect to that test?

7        A.    Not that I can recall.

8        Q.    Do you know if it was based on CAD

9    drawings?

10       A.    I can only infer.

11       Q.    What do you infer?

12       A.    I do not believe CAD drawings were

13   available, maybe it's still not today, to opposing

14   sides.

15       Q.    Looking at figure 16, does it depict a

16   trigger that extends partially through the vent

17   chamber?

18            MR. SCHAETZEL:  Objection as to form,

19   calls for a legal conclusion, and parties not yet

20   have the benefit of claim construction order that

21   could inform the question and the answer.

22                You can answer as best you're able.

23   BY THE WITNESS:

24       A.    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 70

1      Q.    Where is that in the figure?

2            MR. SCHAETZEL:  Same objections.

3   BY THE WITNESS:

4      A.    Without referring to the description to

5   understand specifically the numbers shown on figure

6   16, 610 as well as various other numbers generally

7   refer to what I would call the button.  As a whole,

8   this is the trigger as I believe it is defined

9   within the patent.  As such, the 610 and the hashed

10  area shown extends through what I've highlighted in

11  yellow previously defined as the vent chamber.

12     Q.    Can I see your document, please.

13           You're aware obviously that Ignite

14  filed a patent infringement lawsuit against PMI?

15     A.    I'm aware.

16     Q.    Did you participate in the decision to

17  file that lawsuit?

18     A.    Be more specific.

19     Q.    Did you have any involvement in whether

20  or not that lawsuit should be filed?

21     A.    I was not consulted as to whether or not

22  to file a lawsuit.

23     Q.    I'm sorry.  I have to go back.  I think I

24  forgot to ask you this question.  Hopefully, it will

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 71

1    be quick.

2              If you wanted to determine for any

3    Ignite product that is currently on the market or

4    has been on the market say in the past three years,

5    whether or not it has a vent chamber between the

6    vent aperture and the vent seal and a

7    cross-sectional area of the vent chamber that's

8    greater than the cross-sectional area of the vent

9    aperture, would you have to do the CAD analysis that

10   you spoke about in answer to one of your earlier

11   questions?

12             MR. SCHAETZEL:  Objection as the form,

13   misstates the evidence, and raises issues of law

14   without a claim construction order.

15   BY THE WITNESS:

16        A.   I feel you have combined two separate

17   questions into that.  I believe the first question

18   was would I need the CAD to make a determination of

19   vent chamber between the vent seal and the vent

20   aperture.  The answer would be no.  I would not

21   necessarily need the CAD, although it would

22   certainly be helpful.

23             I believe the second question you

24   asked was related to would I need the CAD to make a

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 72

```
1    determination about cross-sectional area of the vent
2    chamber being larger than the cross-sectional area
3    of the vent aperture.  Again, the CAD would provide
4    the most efficient means to make a completely
5    accurate calculation, but as I described earlier, a
6    rather high confident inference could be made by
7    other means.
8         Q.    What other means?
9         A.    I would say visual review of the product,
10   although that would largely probably depend on some
11   manner of cutting the product for enhanced
12   visibility of elements.
13        Q.    Have either you or the company undertaken
14   an examination of that sort or a CAD analysis that
15   you described on any of Ignite's products to
16   determine if they have a vent chamber with a
17   cross-sectional area greater than the
18   cross-sectional area of the vent aperture?
19             MR. SCHAETZEL:  Objection as to form,
20   misstates the evidence and asked and answered.
21                  You can answer as best you can.
22   BY THE WITNESS:
23        A.    As I described the various methods, in
24   the previous answer, then yes.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 81

1              (Whereupon, a lunch break in the

2              proceedings was taken.)

3   BY MR. LEVINSON:

4       Q.    Do you understand that you are still

5   under oath?

6       A.    Yes.

7       Q.    If you can take a look again at the

8   patent that you highlighted Exhibit 23 is it or 24?

9       A.    24.

10      Q.    24.  From what point with respect what

11  you highlighted as the vent chamber would you

12  determine the cross-sectional area of the vent

13  chamber?

14            MR. SCHAETZEL:  Objection.  Are you

15  asking him individually or as a corporate designee?

16            MR. LEVINSON:  As a corporate designee.

17            MR. SCHAETZEL:  The corporation will rely

18  the expert testimony for this, and that is outside

19  the scope of the notice -- the corporate notice of

20  deposition under 30(b)(6).

21            MR. LEVINSON:  If you are telling me he's

22  answering in his individual capacity, there's

23  nothing I can do about that.  But.

24            MR. SCHAETZEL:  I don't have any

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    objection for him answering in his individual

2    capacity.

3              MR. LEVINSON:  I don't concede that it is

4    outside but I accept that that is your objection and

5    that's what you're saying.

6              MR. SCHAETZEL:  Okay.

7              MR. LEVINSON:  There is nothing more I

8    can do about it.

9              MR. SCHAETZEL:  I would have to direct

10   him not to answer the question because I think it is

11   outside the scope and we're going to have a expert

12   up for that but he can answer in his individual

13   capacity if that's what you want.

14             MR. LEVINSON:  Let's consider my question

15   he's been directed not to answer and I would ask him

16   to answer in his individual capacity.

17   BY THE WITNESS:

18        A.    You are asking the points at which I

19   tried to determine the cross-sectional area of the

20   vent chamber?

21        Q.    Right.

22        A.    When you say points, are you looking for

23   start and end points or --

24        Q.    Whatever points --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 83

1      A.      -- or all features there within.

2      Q.      Whatever points you would need to

3  identify in order to measure the cross-sectional

4  area.

5      A.      I think this cross-section -- this

6  particular cross-section shows many of the points

7  that would be needed.  I would need to understand --

8  to define the beginning of the vent chamber.  For

9  this cross-section, I would define it at, you know,

10  the last portion that kind of surrounds the trigger.

11  I need -- as kind of a left side boundary.

12                    I need to define a right side

13  boundary that would be loosely defined by where the

14  wiper seal is contacting the housing.  Within that

15  housing surround of the trigger member, there's some

16  visual walls that would be used to define it.  The

17  outside shape of the button as shown here would be

18  used to define it.  And then with regards to the

19  area around the vent aperture, there would be

20  inferences made as kind of what defined the vent

21  chamber versus the vent aperture, but it would

22  loosely follow what the housing is able to depict in

23  this cross-section.

24      Q.      When you say housing, what are you

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 84

1    referring to?

2         A.    Again, there's a lot of numbers pointing

3    to it per the patent description.  I'm not sure

4    which one contains it all.

5               One of the numbers easily noticeable

6    on the left side of the figure 16 is 665, referring

7    to the front left lip area of what I would define as

8    the lid housing.  Those dash lines represent the

9    particular part within this figure that I'm defining

10   as housing.

11        Q.    So, are you saying that part of the

12   cross-sectional area of the vent chamber is obscured

13   in this drawing by the trigger housing?

14               MR. SCHAETZEL:  Objection as to form.

15   BY THE WITNESS:

16        A.    I wouldn't say obscured in this figure.

17   We're going to get different definitions of

18   cross-sectional area depending on the cross-section

19   used through the part.

20        Q.    And when you say, depending on the

21   cross-section used in the part, you mean depending

22   on where you, for lack of a better word, sliced the

23   vent chamber, you may get a different measurement of

24   what the cross-sectional area is?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 85

1      A.    Yes.

2      Q.    And is any part of the trigger or housing

3  as you referred to it earlier included in the

4  measurement of the cross-sectional area of the vent

5  chamber?

6           MR. SCHAETZEL:  Same objection.

7  BY THE WITNESS:

8      A.    I would only be using those to define

9  boundaries and not using them to be included within

10  the calculation.

11      Q.    Would the button or any part of the

12  button be included in the area that is included in

13  the cross-sectional area of the vent chamber?

14           MR. SCHAETZEL:  Objection as to form.

15  BY THE WITNESS:

16      A.    Again, only as a boundary and not within

17  the calculation of area.

18      Q.    How would you decide where to slice the

19  vent chamber to determine the cross-sectional area?

20           MR. SCHAETZEL:  Same objection.  He

21  continues to answer in his individual capacity.

22           MR. LEVINSON:  I'm assuming you would

23  instruct him not to answer as a 30(b)(6).

24           MR. SCHAETZEL:  Yes, in view of our

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 86

1    reliance on expert testimony, yes.

2              MR. LEVINSON:  Okay.  When I say okay, I

3    don't accept that, but I recognize that's what you

4    are doing.

5              MR. SCHAETZEL:  Okay.

6    BY THE WITNESS:

7         A.    You know, personally, I can see many ways

8    in which to put a cross-section through the product

9    to get a definition of the cross-sectional area.

10   It's a common but not limited practice to look at a

11   cross-section that's at the direct center of the

12   product through the trigger.

13        Q.    When you say through the direct center of

14   the product through the trigger, are there different

15   slices you could take through the center in the

16   trigger or is there only one?

17        A.    There are multiple slices you could take.

18   I'm referring most specifically to the cross-section

19   shown in figure 16, if, when viewed from the top of

20   the product, you're finding a center line along the

21   axis of the center of the trigger.

22        Q.    Could you also do a slice that is along

23   the axis that's perpendicular to the trigger?

24        A.    To do what purpose, define --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 87

1      Q.    To measure the cross-sectional area of

2   the vent chamber.

3      A.    You could.

4           MR. SCHAETZEL:  Objection as to form.

5   BY MR. LEVINSON:

6      Q.    Have you heard the term person of

7   ordinary skill in the art?

8      A.    I'm familiar with the term.

9      Q.    Are you a person of ordinary skill in the

10  art in the design of thermal mugs?

11          MR. SCHAETZEL:  Objection as to form,

12  calls for a legal conclusion, and there's no way the

13  witness -- well, objection as to form.

14  BY THE WITNESS:

15     A.    I would contend no.  I am beyond ordinary

16  skill.

17     Q.    Meaning you're more skilled than someone

18  ordinarily skilled in the art?

19     A.    Yes.

20          MR. SCHAETZEL:  Same objection.

21  BY MR. LEVINSON:

22     Q.    If you were to measure the

23  cross-sectional area of the vent aperture, what

24  points would you use to do that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 88

1          MR. SCHAETZEL:  Same instruction and

2     objection.

3                    Answer in your individual capacity

4     please.

5     BY THE WITNESS:

6          A.    In my individual capacity with respect to

7     this cross-section, I would do my best to infer the

8     boundary between the chamber and the aperture

9     because there's nothing in particular within this

10    figure that defines that.  So I would have to first

11    define that boundary, at which point I could start

12    to make, you know, additional judgment decisions as

13    necessary to try to get an area.

14         Q.    You mentioned previously figures 13

15    through 18.  Is there anything in any of those

16    figures that defines the boundary between the vent

17    aperture and the vent chamber?

18         A.    No.

19         Q.    Would the cross-sectional area of the

20    vent chamber differ depending on the slice of

21    cross-section used?

22         A.    Yes.

23         MR. SCHAETZEL:  Objection as to form.

24

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 104

1          MR. SCHAETZEL:  Objection as to form.

2    Object on grounds this is outside the scope of the

3    notice of deposition, and as posed the question

4    raises issues of law upon which the company will

5    rely on expert testimony.  So as before, I would

6    instruct the witness not to answer in his corporate

7    capacity but would agree that he can answer in his

8    individual capacity.

9    BY THE WITNESS:

10        A.    In my individual capacity, again, in

11   light of the physical product in front of me, I do

12   not feel comfortable making a judgment call if

13   there's a button surround due to my inability to see

14   all the components in a cross-section type form.

15        Q.    If you look at figure 16 in the patent,

16   can you, with this pen, just put a circle around the

17   area or areas that you are identifying as the button

18   surround or the area around the button?

19           MR. SCHAETZEL:  Objection as to form.

20   BY THE WITNESS:

21        A.    There's a cross-sectional area -- but I

22   am defining this portion of the housing.

23        Q.    Let me see if I can see that.  Does that

24   include the hashed section there of which I think is

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 105

1    identified as the trigger or trigger mechanism?

2            MR. SCHAETZEL:  Objection as to form.  I

3    want to see what he circled before you answer.

4            MR. LEVINSON:  I just asked if it

5    includes the hashed area which is called the trigger

6    or trigger mechanism.

7            MR. SCHAETZEL:  Objection as to form.

8    BY THE WITNESS:

9        A.    As I'm trying to describe the button

10   surround for these questions, I'm only going to be

11   referring to structure that is part of the lid

12   housing.  So, no to your direct question.

13       Q.    Okay.  And are you saying that the button

14   surround is the vent chamber on figure 16 or are you

15   saying something different than that?

16           MR. SCHAETZEL:  Objection.  Objection,

17   asked and answered.

18               Go ahead.  You may answer.

19   BY THE WITNESS:

20       A.    I am saying the button surround helps --

21   well, is necessary to define the boundary of the

22   vent chamber.

23       Q.    And explain how the button surround is

24   necessary to define the boundary of the vent

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 106

1    chamber?

2        A.    It acts as the internal edges which

3    become the boundary.  It creates a form of the

4    chamber.

5        Q.    Does Exhibit 26 in front of you have a

6    vent aperture?  That's the specimen, not the patent.

7        A.    Understood.

8            MR. SCHAETZEL:  Objection as to form.

9    It's outside the scope of the notice, and it calls

10   for a legal conclusion.  So I have to instruct the

11   witness not to answer as a corporate designee.  But

12   if he's able, he can answer as an individual, in his

13   individual capacity.

14   BY THE WITNESS:

15       A.    Related to my previous comments on

16   Exhibit 26, I do not in this form have enough

17   visibility to advise on if it contains a vent

18   aperture.

19       Q.    Take a look at Exhibit 2.  Have you seen

20   this document?

21       A.    I may have seen this document before.  I

22   can't say with 100 percent confidence.

23       Q.    Do you know what this document depicts?

24       A.    In a very defined way, this product