IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MARKET INTERNATIONAL, LLC <br><br> Defendant. | Civil Action No. 14-cv-856 <br><br> Judge Edmond Chang <br><br> **JURY TRIAL DEMANDED** |

## ORDER ON MOTION TO SUPPLEMENT CLAIM CONSTRUCTION RECORD

Before the Court is Defendant Pacific Market International, LLC's ("PMI") Motion to Supplement Claim Construction Record ("Motion"). The Court, having considered the Motion, finds that it should be GRANTED.

It is therefore ORDERED that the documents attached as Exhs. B-E in PMI's Motion shall be added to the claim construction record and that PMI and Ignite may use such documents at the June 1 Claim Construction Hearing to the extent Ignite uses or attempts to use annotated patent figures as demonstrative exhibits.

1