IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 1:14-CV-00856 |
| v. | |
| PACIFIC MARKET INTERNATIONAL, LLC, | Honorable Edmond E. Chang |
| Defendant. | |

### JOINT STATUS REPORT

In accordance with the Court's order of May 29, 2018 (R. 154), the parties present this Joint Status Report proposing the litigation schedule following the Court's claim construction order (R. 155). More particularly, the parties submit the below proposed schedule of key dates through the filing of dispositive motions in accordance with the Local Patent Rules (LPR).

The parties are still evaluating whether and to what extent any amendments to their final contentions are necessary. The parties agree to be prepared to either consent to any amendment or to discuss any opposition (or need for briefing) at the next scheduled status hearing on June 28, 2018. To the extent any final contentions are amended, the opposing party will have an opportunity to amend any responsive contentions.

The proposed schedule also addresses expert testimony/discovery under LPR 5 and Fed. R. Civ. P. 26. Both parties' financial information needs to be updated for use by their respective experts. Accordingly, the parties have agreed to supplement financial data by July 19.[1]

---

[1] The parties have also discussed the need to cooperate in identifying which financial documents required updating, and we expect such cooperation will be ongoing.

Additionally, in accordance with the Court's order of November 8, 2016 (R. 110), the parties will work in good faith to provide any "financial data backup" requested by their respective experts, on an as-needed basis.

In view thereof, the parties submit the following proposed schedule:

| **Event** | **Proposed Deadline** |
| --- | --- |
| Motion to amend final contentions, if any (LPR 3.4) | June 26, 2018 |
| Responses to any amended final contentions, if appropriate | July 12, 2018 |
| Date to provide updated financial information | July 19, 2018 |
| Initial Expert Reports (LPR 5.1b) | August 16, 2018 |
| Rebuttal Expert Reports (LPC 5.1c) | September 27, 2018 |
| Depositions of Experts (LPR 5.2) | November 2, 2018 |
| Final Day for Filing Dispositive Motions (LPR 6.1) | November 30, 2018 |

DATED: June 18, 2018                                             Respectfully submitted,


/s/ Warren J. Thomas                                             /s/ Patrick T. Muffo (with permission)

Stephen M. Schaetzel (pro hac vice)          Michael R. Levinson
GA Bar No. 628653                                       Patrick T. Muffo
Warren J. Thomas (pro hac vice)               Seyfarth Shaw LLP
GA Bar No. 164714                                       233 S. Wacker Drive,
MEUNIER CARLIN & CURFMAN LLC       Suite 8000
999 Peachtree Street, NE, Suite 1300          Chicago, IL 60606-6448
Atlanta, Georgia 30309                                (312) 460-5000
Phone: 404-645-7700                                   Fax: (312) 460-7000
Fax: 404-645-7707                                         mlevinson@seyfarth.com
sschaetzel@mcciplaw.com                         pmuffo@seyfarth.com
wthomas@mcciplaw.com

2

| | |
|---|---|
| Jonathan M. Cyrluk (ARDC No. 6210250)<br>Joshua S. Goldberg (ARDC No. 6277541)<br>Steven C. Moeller (ARDC No. 6290263)<br>CARPENTER LIPPS & LELAND LLP<br>180 North LaSalle Street, Suite 2640<br>Chicago, Illinois 60601<br>Phone: 312-777-4300 – telephone<br>Fax: 312-777-4839 – facsimile<br>cyrluk@carpenterlipps.com<br>goldberg@carpenterlipps.com<br>moeller@carpenterlipps.com | *Counsel for Defendant Pacific Market International* |

*Counsel for Plaintiff, Ignite USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/Warren J. Thomas
One of the Attorneys for Plaintiff Ignite USA, LLC

3