IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC<br><br>      Defendant. | Civil Action No. 14-cv-856<br><br>Judge Edmond Chang<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR LEAVE TO AMEND FINAL INVALIDITY CONTENTIONS

Pacific Market International, LLC ("PMI") moves for leave to amend its Final Invalidity Contentions pursuant to Local Patent Rule 3.4. In support thereof, PMI states as follows:

1.    LPR 3.4 allows a party to amend its final contentions "by order of the Court upon a showing of good cause and absence of unfair prejudice to opposing parties, made promptly upon discovery of the basis for the amendment. An example of a circumstance that may support a finding of good cause, absent undue prejudice to the non-moving party, includes a claim construction by the Court different from that proposed by the party seeking amendment."

2.    The Court entered its Claim Construction Order on May 29, 2018 (Dkt. 155). In the Order, the Court construed the term "cross-sectional area" different from the construction proposed by PMI. In particular, the Court construed this term to have its plain and ordinary meaning (Dkt. 155 at 28), while PMI had proposed it is indefinite or, alternatively, that it be construed to mean "two dimensional space inside a perimeter." (Opening Claim Construction Brief, Dkt. 122, at 8).

3.    In the Markman Order, the Court also guided PMI to alternative areas of the law that may form the basis for invalidity of the claims other than for indefiniteness. (Dkt. 155 at 26).

1

For example, the Court suggested the same body of fact could provide the basis for invalidity "for lack of utility or lack of enablement." (*Id.*)

4. The proposed amendments[1] to PMI's Final Invalidity Contentions are limited and intended to address other areas of the law that may provide a basis for invalidity of the claims on the same factual basis. Good cause exists for the proposed amendments under LPR 3.4 because the Court construed the claims differently from the construction proposed by PMI. The proposed amendments will not prejudice Ignite because Ignite has been aware of the factual evidence surrounding this issue since at least PMI's Final Invalidity Contentions were served on December 20, 2016, and as further explained throughout the *Markman* briefing and hearing.

5. The parties agreed amongst themselves that they would file Motions for Leave to Amend today, and determine whether to object to such Motions by the June 28, 2018 Status Conference. The parties will therefore request briefing on this issue at that time if there is any objection to the proposed amendments to either party's Final Contentions.

6. The undersigned hereby certifies that counsel for PMI and Ignite conferred on Monday, June 18, 2018. Based on those discussions, this Motion is neither opposed nor unopposed by Ignite at this time, and Ignite's opposition or non-opposition will be communicated at the June 26, 2018 Status Hearing.

---

[1] A redlined version of the proposed Amended Final Invalidity Contentions is attached as Exhibit A.

**DATED:** June 26, 2018                                   Respectfully submitted,

                                                           PACIFIC MARKET INTERNATIONAL, LLC


                                                           By:   */s/Patrick T. Muffo*
                                                                 One of Its Attorneys

Michael R. Levinson
mlevinson@seyfarth.com
Patrick T. Muffo
pmuffo@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr.
Suite 8000
Chicago, Illinois 60606
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

47256833v.1

**CERTIFICATE OF SERVICE**

      I, Patrick T. Muffo, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on June 26, 2018.

                                                */s/Patrick T. Muffo*
                                                Patrick T. Muffo
                                                233 S. Wacker Dr.
                                                Suite 8000
                                                Chicago, Illinois 60606
                                                (312) 469-5000 – Telephone
                                                (312) 460-7000 – Facsimile
                                                pmuffo@seyfarth.com