# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ignite USA, LLC

                                  Plaintiff,

v.                                                          Case No.: 1:14−cv−00856

                                                                                      Honorable Edmond E. Chang

Pacific Market International LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Motion hearing held on Defendant's motion to stay all deadlines for ninety days [190]. As detailed during the hearing, the motion is granted in part. If Defendant wants to present an expert witness in−court (rather than rely solely on Mr. Stein's deposition), then Defendant shall retain a new expert, who will review Mr. Stein's disclosures. (Almost surely Defendant will take this route.) Defendant's expert report, limited right now to five pages, shall opine on whether the new expert adopts Mr. Stein's opinions. The expert report is due by 04/01/2019. The deposition of the expert to be completed by 04/29/2019; to avoid scheduling conflicts, the parties shall schedule the deposition as soon as the expert is retained by the defense. As discussed during the hearing, by 05/31/2019, Plaintiff may file either (a) a supplemental brief limited to five pages or (b) a replacement brief limited to 20 pages. Plaintiff shall file the new brief as a motion. The prior motion [181] is terminated. Defendant's cross−motion for summary judgment and response to Plaintiff's motion due 07/01/2019. Plaintiff's reply on its own motion and response to Defendant';s cross−motion due 07/22/2019. Defendant's reply on its motion due 08/05/2019. The status hearing of 02/12/2019 is reset to 04/17/2019 at 10:00 a.m. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.