IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC<br><br>               Defendant. | Civil Action No. 14-cv-856<br><br>Judge Edmond Chang<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Pacific Market International, LLC ("PMI") moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on plaintiff Ignite USA LLC's Complaint for patent infringement. The grounds for this Motion are set forth in the Memorandum of Law filed herewith.

**DATED:** October 14, 2019

Respectfully submitted,

PACIFIC MARKET INTERNATIONAL, LLC

By:     /s/Patrick T. Muffo
         One of Its Attorneys

Michael R. Levinson
mlevinson@seyfarth.com
Patrick T. Muffo
pmuffo@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr.
Suite 8000
Chicago, Illinois 60606
Telephone:    (312) 460-5000
Facsimile:     (312) 460-7000

2

**CERTIFICATE OF SERVICE**

      I, Patrick T. Muffo, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on October 14, 2019.

                                                */s/Patrick T. Muffo*
                                                Patrick T. Muffo
                                                233 S. Wacker Dr.
                                                Suite 8000
                                                Chicago, Illinois 60606
                                                (312) 469-5000 – Telephone
                                                (312) 460-7000 – Facsimile
                                                pmuffo@seyfarth.com