# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC<br><br>   Defendant. | Civil Action No. 1:14-cv-00856<br><br>Hon. Edmond E. Chang<br><br>**JURY TRIAL DEMANDED** |

**PACIFIC MARKET INTERNATIONAL, LLC 'S EXHIBITS TO**
**1) 56.1(3) STATEMENT OF UNDISPUTED MATERIAL FACTS**
**2) RESPONSE TO PLAINTIFF'S 56.1(3) STATEMENT OF MATERIAL FACTS AND**
**3) 56.1(3) ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | United States Patent No. 5,711,442 - August 16, 2011 |
| 2 | Final Written Decision for 5,711,442 Patent - September 28, 2015 |
| 3 | Jonathan Colton Initial Expert Report - August 16, 2018 |
| 4 | G. Paul Neitzel Deposition Excerpts - July 31, 2019 |
| 5 | United States Patent No. 7,546,933 - June 16, 2009 |
| 6 | United States Patent No. 9,095,233 - August 4, 2015 |
| 7 | Final Written Decision for 7,546,933 Patent - November 13, 2015 |
| 8 | Intentionally Omitted |
| 9 | Sandra Troian Expert Report (with exhibits) - April 1, 2019 |
| 10 | Final Written Decision for 9,095,233 Patent - February 5, 2018 |
| 11 | Federal Circuit Order - March 7, 2019 |
| 12 | United States Patent No. 5,711,452 (Chaffin) - January 27, 1998 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 13 | Jonathon Colton Deposition Excerpts - December 18, 2018 |
| 14 | G. Paul Neitzel Expert Report - July 10, 2019 |
| 15 | United States Patent No. 3,967, 748 (Albert) - July 6, 1976 |
| 16 | Matthew Stein Initial Expert Report - August 16, 2018 - [FILED UNDER SEAL] |
| 17 | Ignite's Supplemental Final Enforceability and Validity Contentions - February 13, 2017 |
| 18 | Todd Starr (Ignite 30(b)(6)) Deposition Excerpts - December 15, 2016 |
| 19 | Sami El Saden Deposition Excerpts with Exs. 1 and 3 - December 13, 2016 - [FILED UNDER SEAL] |
| 20 | Daniel Wodka (Ignite 30(b)(6)) Deposition Excerpts with Ex. 23 - December 14, 2016 |
| 21 | IGNITEPMI 019475-555 (Document produced by Ignite) - [FILED UNDER SEAL] |
| 22 | Carrie Distler Expert Report - August 17, 2018 - [FILED UNDER SEAL] |
| 23 | Matthew Stein Rebuttal Expert Report - September 27, 2018 |
| 24 | Mathew Stein Deposition Excerpts - October 24, 2018 |
| 25 | Sandra Troian Deposition Excerpts - May 9, 2019 |
| 26 | Jonathan Colton Rebuttal Expert Report - September 27, 2018 |
| 27 | Sandra Troian Declaration - October 14, 2019 |
| 28 | Petition for *Inter Partes* Review of Patent 7,546,933 - May 13, 2014 |
| 29 | Petition for *Inter Partes* Review of Patent 9,095,233 - August 10, 2016 |