**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IGNITE USA, LLC,

Plaintiff,

v.

PACIFIC MARKET INTERNATIONAL, LLC

Defendant.

Civil Action No. 1:14-cv-00856

Hon. Edmond E. Chang

**JURY TRIAL DEMANDED**

**LOCAL RULE 56.1(3) ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant Pacific Market International, LLC ("PMI"), pursuant to Local Rule 56.1(b)(3)(C), hereby submits its Additional Statement of Undisputed Material Facts in opposition of plaintiff Ignite USA, LLC's ("Ignite") Motion for Partial Summary Judgment of Infringement, and states as follows:

1. For each of the Accused Products, the back of the button compresses during use. (Ex. 23 - Stein Rebuttal Rpt. ¶¶ 86-87). Mr. Stein opined:

> Someone designing "a space to lower the pressure of vapor or gas" would not design such a space to compress during use. But in each of the Accused Products, that is exactly what happens – what Ignite refers to as a "vent chamber" is the inside of the button cavity that ***compresses*** as the user pushes the button inward.

(*Id*.)

2. Dr. Colton opined in his Rebuttal Expert Report as follows:

> But it is incorrect to assume that if the ideal gas law applies to theoretically reduce the pressure because gas is flowing through any structure, that such structure meets the limitation of a "vent chamber" for lowering the pressure of vapor or gas as recited in the '442 patent. Rather, the structure of a vent chamber must remove energy from the vapor or gas such as by providing an "expansion"

area as described in the '442 patent. (Ex. 26 - Colton Rebuttal Rpt. ¶ 178).

3. Mr. Stein did not expressly testify that there is "some lowering of pressure in the space identified by Ignite as the vent chamber" of the '442 Patent." (Ignite Br. 9). Stein opined that, as a result of friction, "practically all of the expansion of vapors leaving the fluid chamber in PMI's" Accused Products "occurs as the vapors flow through the so-called entrance aperture, with almost no expansion or corresponding pressure drop" occurring in the area directly behind the button. (Ex. 23 - Stein Rebuttal Rpt. ¶¶ 62-71).

4. Dr. Troian opined the Darcy-Weisbach equation is an empirical equation used to estimate approximate pressure loss that occurs for flow within a smooth or rough cylindrical pipe due to frictional losses caused by surface roughness and/or turbulence effects. (Ex. 27 - Troian Decl. ¶¶ 2-4). While the original equation assumes (a) incompressible flow, (b) steady state flow (not dependent on time), (c) fully developed flow (not dependent on the position along the flow path), (d) isothermal flow and (e) no work or energy inputs to or outputs from the system, forms of the Darcy-Weisbach equation is commonly used even in situations where the pipe is not circular in cross section or cylindrical about its entrance aperture. (*Id.*). The Darcy-Weisbach equation is also commonly used where the flow is not fully developed flow i.e., cases in which the local cross-sectional area, flow speed and pressure do vary with position. (*Id.*). Here, too, engineers often use Darcy-Weisbach as an approximation even when the fully developed flow condition is not met. (*Id.*).

5. There are many versions of the Bernoulli equation depending on the assumptions used. While Dr. Colton used the simplest version, Dr. Troian used a more generalized version of the Bernoulli equation. (*Id.* at ¶¶ 6-8). Dr. Colton used the equation $P_1 + \frac{1}{2}\rho {v_1}^2 + \rho g h_1 = P_2 + \frac{1}{2}\rho {v_2}^2 + \rho g h_2$ in his analysis, where P represents the pressure of the system, ρ represents the

density of the fluid, v represents the velocity of the fluid, g represents the gravity constant, and h represents the height of the fluid. (Ex. 26 - Colton Rebuttal Rpt. ¶ 121). Dr. Troian opined that this is one of the simplest forms of the Bernoulli equation. (Ex. 27 - Troian Decl. ¶ 6). Dr. Troian used a form of the Bernoulli's equation $P_2 + KE_2 = P_1 + KE_1 - K_{EL}^{(1 \to 2)}$, where P represents the pressure at two separate points along a distance, KE represents the kinetic energy per unit volume, and $K_{EL}^{(1 \to 2)}$ represents frictional or minor losses in kinetic energy incurred in traversing the distance from "1" to "2". (Ex. 9 - Troian Rpt. ¶ 10; Ex. 27 - Troian Decl. ¶ 7).

6. Dr. Neitzel used a form of the Bernoulli's equation in his analysis. (Ex. 14 - Neitzel Rpt. ¶ 14). Dr. Troian opined that the equation used by Dr. Colton is mathematically the same equation as that used by Dr. Troian. (Ex. 27 - Troian Decl. ¶ 7).

7. The simplest form of the Bernoulli equation used by Dr. Colton and as described by Dr. Neitzel in more detail assumes (a) incompressible flow, (b) steady state flow, (c) fully developed flow, (d) frictionless flow, and (e) no work or energy inputs to or outputs from the system. (*Id.* at ¶ 8). However, Dr. Troian opined that, since the Bernoulli equation is often used just to obtain estimates of the local pressure or local speed, it is typically used by engineers even when the restrictions (a) - (e) do not strictly hold. (*Id*).

8. The form of the Bernoulli equation that Dr. Troian used is often used by engineers to approximate upper or lower bounds on flow speeds or flow pressures in simulations when restrictions (a) – (e) do not strictly hold or in situations when computer simulations are not available. (Ex. 27 - Troian Decl. ¶ 8; Ex. 9 - Troian Rpt. ¶ 10). Regardless, Dr. Troian ran simulations to conclude that her analysis was correct despite restrictions (a) – (e) not being strictly met. (*Id.* at ¶¶ 5-8).

**DATED:** October 14, 2019

PACIFIC MARKET INTERNATIONAL, LLC

By: *_/s/Patrick T. Muffo_*
One of Its Attorneys

Michael R. Levinson
mlevinson@seyfarth.com
Patrick T. Muffo
pmuffo@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr.
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000