IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 1:14-CV-00856 |
| v. | |
| PACIFIC MARKET INTERNATIONAL, LLC, | Honorable Edmond E. Chang |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE PARTIES' RESPONSE AND REPLY BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Ignite USA, LLC ("Ignite") requests that the Court grant an additional 7 days to file its combined Reply in Support of its Motion for Summary Judgment and Response to PMI's Cross-Motion for Summary Judgment; and grant an additional 7 days for PMI to file its Reply in Support of its Cross-Motion for Summary Judgment. PMI does not oppose this Motion.

Ignite's response brief is currently due on November 18, 2019. The parties are conducting a settlement conference with Magistrate Judge Schenkier on November 14, two business days before, and Ignite's lead counsel has an oral argument in another case on November 18. Ignite therefore requests a 7 day extension up to and including November 25, 2019 for Ignite's reply and response.

To allow for Ignite's extension, Ignite further requests that the time for PMI to file its reply on its motion be extended by an additional 7 days. PMI's reply is due on December 9, 2019. Ignite therefore requests a 7 day extension up to and including December 16, 2019 for PMI to file its reply.

The parties agree that these modifications to the schedule do not prejudice either party.

Counsel for PMI and Ignite met and conferred on October 28, 2019 and PMI indicated it does not oppose this Motion.

DATED: October 29, 2019                     Respectfully submitted,


/s/ Warren J. Thomas

Stephen M. Schaetzel (pro hac vice)
GA Bar No. 628653
Warren J. Thomas (pro hac vice)
GA Bar No. 164714
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
sschaetzel@mcciplaw.com
wthomas@mcciplaw.com

Jonathan M. Cyrluk (ARDC No. 6210250)
Joshua S. Goldberg (ARDC No. 6277541)
Steven C. Moeller (ARDC No. 6290263)
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois  60601
Phone:  312-777-4300 – telephone
Fax:  312-777-4839 – facsimile
cyrluk@carpenterlipps.com
goldberg@carpenterlipps.com
moeller@carpenterlipps.com

*Counsel for Plaintiff, Ignite USA, LLC*

**CERTIFICATE OF SERVICE**

    I, Warren Thomas, an attorney, certify that I caused the foregoing motion to be electronically filed with the Clerk of the Court for the Northern District of Illinois on October 29, 2019, using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing.

                                             /s/ Warren J. Thomas
                                             Warren Thomas
                                             One of the Attorneys for Plaintiff Ignite USA, LLC