**CORRECTED APPENDIX**
**COMPARISON OF CLAIM TERMS**

| Claim 3 of the '442 Patent | Invalid '233 Patent Claims | Invalid '933 Patent Claim |
|---|---|---|
| 3. "The drinking container of Claim 1, further comprising"* | | |
| "a vent chamber between the vent seal and the vent aperture" | Claim 2: "a vent chamber between the vent aperture and the vent seal" Claim 5: "a vent chamber located . . . between the vent aperture and the vent seal" Claim 21: "a vent chamber between the vent seal and the vent aperture when the vent seal is in a closed position" | Claim 11: "a vent chamber between the vent seal and the vent aperture" |
| "the vent chamber having a cross-sectional area greater than a cross sectional area of the vent aperture" | Claim 21: "the vent chamber having a cross-sectional area greater than a cross-sectional area of the vent aperture" | |

| Claim 12 of the '442 Patent | Invalid '233 Patent Claims | Invalid '933 Patent Claim |
|---|---|---|
| 12. "The drinking container of claim 8, further comprising"* | | |
| "a vent chamber between the vent seal and the vent aperture" | Claim 2: "a vent chamber between the vent aperture and the vent seal" Claim 5: "a vent chamber located . . . between the vent aperture and the vent seal" Claim 21: "a vent chamber between the vent seal and the vent aperture when the vent seal is in a closed position" | Claim 11: "a vent chamber between the vent seal and the vent aperture" |
| "and wherein the trigger extends partially through the vent chamber" | Claim 5: "the trigger extending partially through the vent chamber" Claim 22: "wherein the trigger extends at least partially through the vent chamber" | Claim 11: "and wherein the trigger extends partially through the vent chamber" |

---

* Claims 1 and 8 were found to be invalid in the '442 IPR.